# EXHIBIT

# 1

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION
MDL-___-IN RE REAL ESTATE COMMISSION LITIGATION

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Christina Grace<br><br>**Defendants:**<br>National Association of Realtors; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc. | N.D. Cal. (San Jose) | 3:23-cv-06352 | Hon. Susan van Keulen |
| **Plaintiffs:**<br>Janet Phillips; Joseph Hunt; Edith Anne Hunt; Penny Scheetz; Benjamin Aune; Parkwood Living, LLC<br><br>**Defendants:**<br>The National Association of Realtors; HomeServices of America, Inc.; HSF Affiliates, LLC; BHH Affiliates, LLC; HomeServices Georgia Properties; Harry Norman Realtors; Keller Williams, LLC; RE/MAX Holdings, Inc.; RE/MAX, LLC; RE/MAX Metro Atlanta, Inc.; Compass, Inc.; Ansley Atlanta Real Estate, LLC; Christie's International Real Estate Group, LLC; Sotheby's International Realty, Inc.; Atlanta Fine Homes, LLC; Homesmart Holdings, Inc.; Solid Source Realty; Palmerhouse Properties, LLC; | N.D. Ga. (Atlanta) | 1:23-cv-05392 | Hon. Sarah Geraghty |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION**
**MDL-___-IN RE REAL ESTATE COMMISSION LITIGATION**

| | | | |
|---|---|---|---|
| Higher Tech Realty, LLC; Engel and Volkers; Anywhere Real Estate, Inc.; Coldwell Banker Real Estate, LLC; Century 21 Real Estate, LLC; Hamilton Dorsey Alston Company, Inc. | | | |
| **Plaintiffs:**<br>Don Gibson; Lauren Criss; John Meiners<br><br>**Defendants:**<br>National Association of Realtors; Compass, Inc.; eXp World Holdings, Inc.; Redfin Corporation; Weichert Realtors; United Real Estate; Howard Hanna Real Estate Services; Douglas Elliman, Inc. | W.D. Mo. (Kansas City) | 4:23-cv-00788 | Hon. Stephen R. Bough |
| **Plaintiff:**<br>Daniel Umpa<br><br>**Defendants:**<br>National Association of Realtors; HomeServices of America, Inc.; BHH Affiliates, LLC; HSF Affiliates, LLC; The Long & Foster Companies, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; eXp Realty, LLC; Redfin Corporation; Weichert Realtors; United Real Estate; Hanna Holdings, Inc.; Douglas Elliman, Inc.; Douglas Elliman Realty, LLC; At World Properties, LLC; The Real Brokerage, Inc.; Real Broker, LLC; Realty ONE Group, Inc.; HomeSmart International, LLC | W.D. Mo. | 4:23-cv-00945 | N/A |
| **Plaintiffs:**<br>Monty March | S.D.N.Y. (Foley Square) | 1:23-cv-09995 | Hon. Jessica G.L. Clarke |

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION
## MDL-___-IN RE REAL ESTATE COMMISSION LITIGATION

| | | | |
|---|---|---|---|
| **Defendants:** Real Estate Board of New York; Real Estate Board of New York Listing Service; Brown Harris Stevens, LLC; Christie's International Real Estate LLC; Coldwell Banker LLC; Compass, Inc.; Core Marketing Services LLC; the Corcoran Group, Inc.; Douglas Elliman, Inc.; Elegran Real Estate, d/b/a Elegran LLC; Engel & Volkers LLC; Fox Residential Group LLC; Halstead Real Estate LLC; Homesnap Inc.; Keller Williams NYC, LLC; Leslie J. Garfield & Co., Inc.; Level Group Inc.; M.N.S. Real Estate NYC, LLC; Modern Spaces LLC; The Agency LLC; The Modlin Group LLC; Nest Seekers International LLC; Oxford Property Group LLC; R New York LLC; RE/MAX, LLC; Serhant LLC; Sloane Square LLC; Sotheby's International Realty Affiliates LLC | | | |
| **Plaintiffs:** Spring Way Center, LLC; John Moratis; Nancy Moratis; Nancy Wehrheim  **Defendants:** West Penn Multi-List, Inc.; Everest Consulting Group LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); NRT Philadelphia LLC (d/b/a Coldwell Banker Realty); PPSIR, LLC (d/b/a Piatt Sotheby's International Realty); Pirain Enterprises, Inc. (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, | W.D. Pa. (Pittsburgh) | 2:23-cv-2061 | Hon. Christy Wiegand |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION**
**MDL-___-IN RE REAL ESTATE COMMISSION LITIGATION**

| | | | |
|---|---|---|---|
| LLC (d/b/a Realty ONE Group Platinum); Realty One Group Horizon, LLC | | | |
| **Plaintiffs:**<br>QJ Team, LLC; Five Points Holdings, LLC<br><br>**Defendants:**<br>Texas Association of Realtors, Inc.; Austin Board of Realtors; San Antonio Board of Realtors, Inc.; Metrotex Association of Realtors, Inc.; Houston Association of Realtors; ABA Management, LLC; PenFed Realty, LLC; Ebby Halliday Real Estate, LLC; The Dave Perry-Miller Company; Keller Williams Realty, Inc.; Heyl Group Holdings LLC; The Loken Group, Inc.; Hexagon Group, LLC; DMTX, LLC; Keller Willis San Antonio, Inc.; San Antonio Legacy Group, LLC; Fathom Realty, LLC; Grace Realty Group LLC; Side, Inc.; CitiQuest Properties, Inc.; HomeServices of America, Inc.; JP Piccinini Real Estate Services, LLC; Team Burns, LLC; ABRE Capital LLC; Realty Austin, LLC; ATX WIR LLC; The Michael Group, LLC; Square MB, LLC; Mark Anthony Dimas; Greenwood King Properties II, Inc.; Turner Mangum LLC | E.D. Tex. (Sherman) | 4:23-cv-01013 | Hon. Sean Jordan |
| **Plaintiffs:**<br>Julie Martin; Mark Adams; Adelaida Matta<br><br>**Defendants:**<br>Texas Association of Realtors, Inc.; Austin Board of Realtors; San Antonio Board of | E.D Tex. (Sherman) | 4:23-cv-01104 | Hon. Sean Jordan |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION**
**MDL-___-IN RE REAL ESTATE COMMISSION LITIGATION**

| | | | |
|---|---|---|---|
| Realtors, Inc.; Metrotex Association of Realtors, Inc.; Houston Association of Realtors; Greater El Paso Association of Realtors; Greater Fort Worth Association of Realtors, Inc.; Fort Hood Area Association of Realtors, Inc.; Four Rivers Association of Realtors, Inc.; Temple-Belton Board of Realtors, Inc.; Victoria Area Association of Realtors, Inc.; Williamson County Association of Realtors, Inc.; Austin/Central Texas Realty Information Service; Texas Multiple Listing Service, Inc.; Houston Realtors Information Service, Inc.; North Texas Real Estate Information Service, Inc.; ABA Management, LLC; PenFed Realty, LLC; Ebby Halliday Real Estate, LLC; The Dave Perry-Miller Company; Keller Williams Realty, Inc.; Heyl Group Holdings LLC; The Loken Group, Inc.; Hexagon Group, LLC; DMTX, LLC; Keller Willis San Antonio, Inc.; San Antonio Legacy Group, LLC; DSJMM, LLC; Fathom Realty, LLC; Side, Inc.; CitiQuest Properties, Inc.; HomeServices of America, Inc.; JP Piccinini Real Estate Services, LLC; Team Burns, LLC; ABRE Capital LLC; Realty Austin, LLC; ATX WIR LLC; The Michael Group, LLC; Square MB, LLC; Mark Anthony Dimas; Greenwood King Properties II, Inc.; Turner Mangum LLC; Moreland Properties, Inc.; Real Agent LLC; RFT Enterprises, Inc.; ATC Metro Properties, Inc.; MJHM LLC | | | |
| **Plaintiffs:**<br>Shauntell Burton | D.S.C. (Spartanburg) | 7:23-cv-05666 | Hon. Joseph Dawson, III |

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION**
**MDL-___-IN RE REAL ESTATE COMMISSION LITIGATION**

| **Defendants:** National Association of Realtors; Keller Williams, LLC; Keller Williams Realty, Inc. | | | |
|---|---|---|---|