**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | MDL No. 3100 |

## List of Additional Represented Parties

| Party Designation | Name |
|---|---|
| Plaintiff | Randy Hirschorn |
| Plaintiff | Tracey Hirschorn |