## **List of Parties Represented**

*Batton et al. v. The National Association of Realtors et al.*, 21-cv-00430 (N.D. Ill.) - Plaintiffs

1) Mya Batton
2) Do Yeon Kim
3) Daniel Parsons
4) Anna James
5) Aaron Bolton
6) Theodore Bisbicos
7) Michael Brace
8) James Mullis

*Batton et al. v. Compass, Inc. et al.*, 23-cv-15618 (N.D. Ill.) - Plaintiffs

1) Mya Batton
2) Do Yeon Kim
3) Anna James
4) Aaron Bolton
5) Theodore Bisbicos
6) Michael Brace
7) James Mullis