# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3100__ & Title - **IN RE**: __Real Estate Commission Antitrust Litigation__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED** (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)

SEE ATTACHED SCHEDULE

**SHORT CASE CAPTION(s)** (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) **NOTE: Include only actions in which you are entering an Appearance.**

SEE ATTACHED SCHEDULE

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 1/18/2024 | /s/ Frederic S. Fox |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Frederic S. Fox, Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022

Telephone No.: 212-687-1980       Fax No.: (212) 687-7714

Email Address: ffox@kaplanfox.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## SCHEDULE OF ACTIONS

Attorney Frederic S. Fox of Kaplan Fox & Kilsheimer LLP, attorneys Julie Pettit and David B. Urteago of The Pettit Law Firm and attorneys Michael K. Hurst, Chris Schwegmann, Yaman Desai, and Jessica Cox of Lynn Pinker Hurst & Schwegmann, LLP have appeared in and represent the below Plaintiffs in the following cases:

| Case and Docket Number | Court | Parties Represented |
|---|---|---|
| *QJ Team*, 4:23-cv-01013 | E.D. Tex. | Plaintiff QJ Team, LLC |
| *QJ Team*, 4:23-cv-01013 | E.D. Tex. | Plaintiff Five Points Holdings, LLC |
| *Martin*, 4:23-cv-01104 | E.D. Tex. | Plaintiff Julie Martin |
| *Martin*, 4:23-cv-01104 | E.D. Tex. | Plaintiff Mark Adams |
| *Martin*, 4:23-cv-01104 | E.D. Tex. | Plaintiff Adelaida Matta |