**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) ) ) )   MDL No. 3100 |

**EXHIBIT 1:
SCHEDULE OF ACTIONS**

|  | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1 | **Plaintiffs**:<br>Christopher Moehrl, Michael Cole, Steve Darnell, Valerie Nager, Jack Ramey, Sawbill Strategic, Inc., Daniel Umpa, Jane Ruh<br><br>**Defendants**:<br>The National Association of Realtors, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX LLC, RE/MAX Holdings, Inc., Keller Williams Realty, Inc. | U.S. District Court, Northern District of Illinois (Chicago) | 19-cv-1610 | Honorable Andrea R. Wood |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 2 | **Plaintiffs**: Jennifer Nosalek, Randy Hirschorn, Tracey Hirschorn<br><br>**Defendants**: MLS Property Information Network, Inc., Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Century 21 Real Estate LLC, Coldwell Banker Real Estate LLC, Sotheby's International Realty Affiliates LLC, Better Homes and Gardens Real Estate, ERA Franchise Systems LLC, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, RE/MAX LLC, Polzler & Schneider Holdings Corporation, Integra Enterprises Corporation, RE/MAX of New England, Inc., RE/MAX Integrated Regions, LLC, Keller Williams Realty, Inc. | U.S. District Court, District of Massachusetts (Boston) | 20-cv-12244 | Honorable Patti B. Saris |
| 3 | **Plaintiffs**: Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis<br><br>**Defendants**: The National Association of Realtors, Anywhere Real Estate, Inc., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX LLC, Keller Williams Realty, Inc. | U.S. District Court, Northern District of Illinois (Chicago) | 21-cv-430 | Honorable Andrea R. Wood |
| 4 | **Plaintiffs**: Don Gibson, Lauren Criss, John Meiners<br><br>**Defendants**: The National Association of Realtors, Compass, Inc., eXp World Holdings, Inc., Redfin Corporation, Weichert Realtors, United Real Estate, Howard Hanna Real Estate Services, Douglas Elliman, Inc. | U.S. District Court, Western District of Missouri (Kansas City) | 23-cv-788 | Honorable Stephen R. Bough |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 5 | **Plaintiffs**:<br>Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Bisbicos Theodore<br><br>**Defendants**:<br>Compass, Inc., eXp World Holdings, Inc., Redfin Corporation, Weichert Realtors, United Real Estate, Howard Hanna Real Estate Services, Douglas Elliman, Inc | U.S. District Court, Northern District of Illinois (Chicago) | 23-cv-15618 | Honorable Edmond E. Chang |
| 6 | **Plaintiff**:<br>Shauntell Burton<br><br>**Defendants**:<br>The National Association of Realtors, Keller Williams LLC, Keller Williams Realty, Inc. | U.S. District Court, District of South Carolina (Spartanburg) | 23-cv-5666 | Honorable Joseph Dawson, III |
| 7 | **Plaintiff**:<br>Monty March<br><br>**Defendants**:<br>Brown Harris Stevens LLC, Christie's International Real Estate LLC, Coldwell Banker LLC, Compass LLC, Core Marketing Services LLC, Douglas Elliman, Inc., Elegran Real Estate, d/b/a Elegran LLC, Engel & Volkers New York, LLC, Fox Residential Group LLC, Halstead Real Estate LLC, Homesnap Inc., Keller Williams NYC, LLC, Leslie J. Garfield & Co., Inc., Level Group Inc., M.N.S. Real Estate NYC, LLC, Modern Spaces LLC, Nest Seekers International LLC, Oxford Property Group LLC, R New York LLC, RE/MAX, LLC, Real Estate Board of New York, Real Estate Board of New York Listing Service, Serhant LLC, Sloane Square LLC, Sotheby's International Realty Affiliates LLC, The Agency LLC, The Corcoran Group, Inc., The Modlin Group LLC | U.S. District Court, Southern District of New York (Foley Square) | 23-cv-9995 | Honorable Jessica G.L. Clarke |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 8 | **Plaintiffs**:<br>QJ Team, LLC, Five Points Holdings, LLC<br><br>**Defendants**:<br>ABA Management, L.L.C., ABRE Capital LLC, ATX Wir LLC, Austin Board of Realtors, Citiquest Properties, Inc., DMTX, LLC, Ebby Halliday Real Estate, LLC, Fathom Realty, LLC, Greenwood King Properties II, Inc., Hexagon Group, LLC, Heyl Group Holdings LLC, HomeServices of America, Inc., Houston Association of Realtors, JP Piccinini Real Estate Services, LLC, Keller Williams Realty, Inc., Keller Willis San Antonio, Inc., Mark Anthony Dimas, Metrotex Association of Realtors, Inc., Penfed Realty, LLC, Realty Austin, LLC, San Antonio Board of Realtors, Inc., San Antonio Legacy Group, LLC, Side, Inc., Square MB, LLC, Team Burns, LLC, Texas Association of Realtors, Inc., The Dave Perry-Miller Company, The Loken Group, Inc., The Michael Group, LLC, Turner Mangum LLC | U.S. District Court, Eastern District of Texas (Sherman) | 23-cv-1013 | Honorable Sean D. Jordan |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 9 | **Plaintiffs**:<br>1925 Hooper LLC, Robert J. Arko, Andrew M. Moore<br><br>**Defendants**:<br>The National Association of Realtors, Higher Tech Realty, LLC d/b/a Mark Spain Real Estate, Christie's International Real Estate Group, LLC, Engel and Volkers Americas, Inc., Engel and Volkers Atlanta, Weichert of North America, Inc., ERA Franchise Systems LLC, eXp World Holdings, Inc, Redfin Corporation, Homesmart Holdings, Inc., Solid Source Realty, Palmerhouse Properties, LLC, Hamilton Dorsey Alston Company, Inc., Ansley Atlanta Real Estate, LLC, Beacham & Company, LLC, Tracey Cousineau Real Estate, LLC, Sanders Realty Holdings, LLC, Bolst, Inc. d/b/a The Justin Landis Group, Chapman Hall Realtors, Inc., Signature Properties Group, Inc., Method Real Estate Group, LLC d/b/a Method Real Estate Advisors, Path & Post, LLC d/b/a Path & Post Real Estate, Duckworth Properties, LLC, AF Realty Group, LLC, Greater Atlanta Real Estate Group, LLC d/b/a Maximum ONE Realty, Greater Atlanta Realty Holdings Corporation d/b/a Maximum ONE Realty, Atlanta Communities Real Estate Brokerage, LLC | U.S. District Court, Northern District of Georgia (Atlanta) | 23-cv-5392 | Honorable Sarah E. Geraghty |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 10 | **Plaintiffs**: Spring Way Center, LLC, John Moratis, Nancy Moratis, Nancy Wehrheim<br><br>**Defendants**: West Penn Multi-List, Inc., Everest Consulting Group LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty), NRT Philadelphia LLC (d/b/a Coldwell Banker Realty), PPSIR, LLC (d/b/a Piatt Sotheby's International Realty), Pirain Enterprises Inc. (d/b/a NextHome PPM Realty), MHDM LLC (d/b/a Realty ONE Group Gold Standard), SF, LLC (d/b/a Realty ONE Group Platinum), Realty ONE Group Horizon, LLC | U.S. District Court, Western District of Pennsylvania (Pittsburgh) | 23-cv-2061 | Honorable Christy Criswell Wiegand |
| 11 | **Plaintiff**: Christina Grace<br><br>**Defendants**: National Association of Realtors, RE/MAX Holdings, Inc., Anywhere Real Estate Inc., Keller Williams Realty, Inc., Compass, Inc., eXp World Holdings, Inc., Bay Area Real Estate Information Services, Inc., Marin Association of Realtors, North Bay Association of Realtors, Northern Solano County Association of Realtors, Inc., Solano Association of Realtors, Inc. | U.S. District Court, Northern District of California (San Jose) | 23-cv-6352 | Honorable Haywood S. Gilliam, Jr. |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 12 | **Plaintiffs**: <br> Julie Martin, Mark Adams, Adelaida Matta <br><br> **Defendants**: <br> Texas Association of Realtors, Inc., Austin Board of Realtors, San Antonio Board of Realtors, Inc., Metrotex Association of Realtors, Inc., Houston Association of Realtors, Inc., Greater El Paso Association of Realtors, Greater Fort Worth Association of Realtors, Inc., Fort Hood Area Association of Realtors, Inc., Four Rivers Association of Realtors, Inc., Temple-Belton Board of Realtors, Inc., Victoria Area Association of Realtors, Inc., Williamson County Association of Realtors, Inc., Austin/Central Texas Realty Information Service, Central Texas Multiple Listing Service, Inc., Houston Realtors Information Service, Inc., North Texas Real Estate Information Systems, Inc., ABA Management, L.L.C., Penfed Realty, LLC, Ebby Halliday Real Estate, LLC, The Dave Perry-Miller Company, Keller Williams Realty, Inc., Heyl Group Holdings LLC, The Loken Group, Inc., Hexagon Group, LLC, DMTX, LLC, Keller Willis San Antonio, Inc., San Antonio Legacy Group, LLC, DSJMM, LLC, Fathom Realty, LLC, Grace Realty Group LLC, Side, Inc., Citiquest Properties, Inc., Homeservices of America, Inc., JP Piccinini Real Estate Services, LLC, Team Burns, LLC, ABRE Capital LLC, Realty Austin, LLC, ATX Wir LLC, The Michael Group LLC, Square MB, LLC, Mark Anthony Dimas, Greenwood King Properties II, Inc., Turner Mangum LLC, Moreland Properties, Inc., Real Agent LLC, RFT Enterprises, Inc., ATC Metro Properties, Inc. | U.S. District Court, Eastern District of Texas (Sherman) | 23-cv-1104 | Honorable Sean D. Jordan |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 13 | **Plaintiffs:**<br>Daniel Umpa<br>**Defendants**:<br>National Association of Realtors, HomeServices of America, Inc., BHH Affiliates LLC,<br>HSF Affiliates LLC, The Long & Foster Companies, Inc., Keller Williams Realty, Inc., Compass, Inc., eXp World Holdings, Inc., eXp Realty LLC, Redfin Corporation, Weichert Realtors, United Real Estate, Hanna Holdings, Inc., Douglas Elliman, Inc., Douglas Elliman Realty LLC, At World Properties LLC, The Real Brokerage, Inc., Real Broker LLC, Realty ONE Group, Inc., HomeSmart International LLC, | U.S. District Court, Western District of Missouri (Kansas City) | 23-cv-945 | Honorable Stephen R. Bough |
| 14 | **Plaintiffs:**<br>James Tuccori<br>**Defendants**:<br>At World Properties LLC | U.S. District Court, Northern District of Illinois (Chicago) | 24-cv-150 | Honorable Lindsay C. Jenkins |

|  | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 15 | **Plaintiffs:**<br>Joseph Masiello<br>**Defendants**:<br>Arizona Association of Realtors, Phoenix Board of Realtors Incorporated, Scottsdale Area Association of Realtors, West and Southeast Realtors of the Valley Incorporated, Tucson Association of Realtors Incorporated, HomeSmart Holdings Incorporated, My Home Group LLC, Realty One Group Arizona Incorporated, West USA Realty Incorporated, Hague Partners Holdings LLC, Realty Executives LLC, Valley Metro Investments Incorporated, Corduroy IP LLC, Silverleaf Realty LLC, Retsy LLC, Walt Danley Realty LLC, Christie's International Real Estate, Bortlock LLC, Roy H Long Realty Company Incorporated, Tierra Antigua Realty LLC | U.S. District Court, District of Arizona (Phoenix) | 24-cv-45 | Honorable Michael T. Liburdi |
| 16 | **Plaintiffs:**<br>Nathaniel Whaley<br>**Defendants:**<br>National Association of Realtors, Las Vegas Realtors, Nevada Realtors, Sierra Nevada Realty, Elko Country Realtors, Incline Village Realtors, Mesquite Real Estate Association, Northern Nevada Regional MLS | U.S. District Court, District of Nevada (Las Vegas) | 24-cv-105 | Honorable Anne R. Traum |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 17 | **Plaintiffs:**<br>Gael Fierro, Patrick Thurber<br>**Defendants:**<br>National Association of Realtors, The Agency Real Estate Franchising, LLC, Compass, Inc., eXp World Holdings, Inc., eXp Realty of California, Inc., eXp Realty of Southern California, Inc., eXp Realty of Greater Los Angeles, Inc., eXp Realty of Northern California, Inc., Berkshire Hathaway, Inc., BHH Affiliates, LLC, First Team Real Estate Orange County, Rodeo Realty, Inc., Pinnacle Estate Properties, Inc., California Regional Multiple Listing Service, Inc., Combined L.A./Westside MLS Inc., California Association of Realtors, Inc., Greater Los Angeles Realtors, Inc., Arcadia Association of Realtors, Incorporated, Burbank Association of Realtors, Citrus Valley Association of Realtors, Inc., Glendale Association of Realtors, Inglewood Board of Realtors, Inc., Montebello District Association of Realtors, Inc., Palos Verdes Peninsula Association of Realtors, Pasadena-Foothills Association of Realtors, Rancho Southeast Realtors, South Bay Association of Realtors, Inc., Southland Regional Association of Realtors, Inc., Tri-Counties Association of Realtors, West San Gabriel Valley Realtors, Malibu Association of Realtors, Madera Association of Realtors, Fresno Board of Realtors, Incorporated, Merced County Association of Realtors, Inc., Mariposa County Board of Realtors, Inc. | U.S. District Court, Central District of California (Los Angeles) | 24-cv-449 | Honorable Mark C. Scarsi |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 18 | **Plaintiffs:**<br>Willsim Latham, LLC<br>**Defendants:**<br>MetroList Services Inc., Sacramento Association of Realtors Inc., Placer County Association of Realtors Inc., El Dorado County Association of Realtors, Lodi Association of Realtors, Yolo County Association of Realtors, Central Valley Association of Realtors, Amador County Association of Realtors, Nevada County Association of Realtors Inc., Sutter-Yuba Association of Realtors Inc., RE/MAX Holdings Inc., Anywhere Real Estate Inc., Keller Williams Realty Inc., eXp World Holdings Inc., Norcal Gold Inc., Century 21 Select Real Estate Inc., William L. Lyon & Associates Inc., Paul M. Zagaris Inc., Guide Real Estate Inc., Does | U.S. District Court, Eastern District of California (Fresno) | 24-cv-244 | Honorable Deborah Barnes, Magistrate Judge (District Court Judge Assignment Pending) |
| 19 | **Plaintiffs:**<br>Robert Friedman<br>**Defendants**:<br>Real Estate Board of New York, Douglas Elliman Inc., Christies International Real Estate, The Corcoran Group Inc., Sothebys International Realty Affiliates LLC, Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Brooklyn, LLC, Serhant LLC, Compass Inc., Nest Seekers LLC, The Agency IP Holdco LLC, d/b/a The Agency RE, Elegran LLC, Engel & Volkers New York Real Estate LLC, R New York, Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Terra Holdings, LLC, TDG-TREGNY, LLC, Leslie J. Garfield & Co. Inc. | U.S. District Court, Southern District of New York (Foley Square) | 24-cv-405 | Honorable Jessica G.L. Clarke |