BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) MDL No. 3100 ) ) ) |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel of Multidistrict Litigation, I hereby certify that on January 23, 2023, I filed the foregoing RESPONSE with the Clerk of the Court through the CM/EMF system, which will send notification of such filing to all counsel of record who are registered as CM/EMF users.

Respectfully submitted,

*/s/ Christopher Curran*
Christopher Curran
WHITE & CASE LLP
701 Thirteenth Street, Northwest
Washington, D.C., 20005-3807
Tel: (202) 626 3600
ccurran@whitecase.com

*Counsel for Defendant National Association of REALTORS®*