BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | MDL No. 3100 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby notifies the Clerk of the JPML of the following related actions:

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs**: Christopher Moehrl, Michael Cole, Steve Darnell, Valerie Nager, Jack Ramey, Sawbill Strategic, Inc., Daniel Umpa, Jane Ruh<br><br>**Defendants**: The National Association of Realtors, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX LLC, RE/MAX Holdings, Inc., Keller Williams Realty, Inc. | U.S. District Court, Northern District of Illinois (Chicago) | 19-cv-1610 | Honorable Andrea R. Wood |

| | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 2 | **Plaintiffs**: Jennifer Nosalek, Randy Hirschorn, Tracey Hirschorn<br><br>**Defendants**: MLS Property Information Network, Inc., Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Century 21 Real Estate LLC, Coldwell Banker Real Estate LLC, Sotheby's International Realty Affiliates LLC, Better Homes and Gardens Real Estate, ERA Franchise Systems LLC, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, RE/MAX LLC, Polzler & Schneider Holdings Corporation, Integra Enterprises Corporation, RE/MAX of New England, Inc., RE/MAX Integrated Regions, LLC, Keller Williams Realty, Inc. | U.S. District Court, District of Massachusetts (Boston) | 20-cv-12244 | Honorable Patti B. Saris |
| 3 | **Plaintiffs**: Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis<br><br>**Defendants**: The National Association of Realtors, Anywhere Real Estate, Inc., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, The Long & Foster Companies, Inc., RE/MAX LLC, Keller Williams Realty, Inc. | U.S. District Court, Northern District of Illinois (Chicago) | 21-cv-430 | Honorable Andrea R. Wood |
| 4 | **Plaintiffs**: Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Bisbicos Theodore<br><br>**Defendants**: Compass, Inc., eXp World Holdings, Inc., Redfin Corporation, Weichert Realtors, United Real Estate, Howard Hanna Real Estate Services, Douglas Elliman, Inc | U.S. District Court, Northern District of Illinois (Chicago) | 23-cv-15618 | Honorable Edmond E. Chang |

| | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 5 | **Plaintiffs:** James Tuccori **Defendants**: At World Properties LLC | U.S. District Court, Northern District of Illinois (Chicago) | 24-cv-150 | Honorable Lindsay C. Jenkins |
| 6 | **Plaintiffs:** Joseph Masiello **Defendants**: Arizona Association of Realtors, Phoenix Board of Realtors Incorporated, Scottsdale Area Association of Realtors, West and Southeast Realtors of the Valley Incorporated, Tucson Association of Realtors Incorporated, HomeSmart Holdings Incorporated, My Home Group LLC, Realty One Group Arizona Incorporated, West USA Realty Incorporated, Hague Partners Holdings LLC, Realty Executives LLC, Valley Metro Investments Incorporated, Corduroy IP LLC, Silverleaf Realty LLC, Retsy LLC, Walt Danley Realty LLC, Christie's International Real Estate, Bortlock LLC, Roy H Long Realty Company Incorporated, Tierra Antigua Realty LLC | U.S. District Court, District of Arizona (Phoenix) | 24-cv-45 | Honorable Michael T. Liburdi |
| 7 | **Plaintiffs:** Nathaniel Whaley **Defendants:** National Association of Realtors, Las Vegas Realtors, Nevada Realtors, Sierra Nevada Realty, Elko Country Realtors, Incline Village Realtors, Mesquite Real Estate Association, Northern Nevada Regional MLS | U.S. District Court, District of Nevada (Las Vegas) | 24-cv-105 | Honorable Anne R. Traum |

| | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 8 | **Plaintiffs:**<br>Gael Fierro, Patrick Thurber<br>**Defendants:**<br>National Association of Realtors, The Agency Real Estate Franchising, LLC, Compass, Inc., eXp World Holdings, Inc., eXp Realty of California, Inc., eXp Realty of Southern California, Inc., eXp Realty of Greater Los Angeles, Inc., eXp Realty of Northern California, Inc., Berkshire Hathaway, Inc., BHH Affiliates, LLC, First Team Real Estate Orange County, Rodeo Realty, Inc., Pinnacle Estate Properties, Inc., California Regional Multiple Listing Service, Inc., Combined L.A./Westside MLS Inc., California Association of Realtors, Inc., Greater Los Angeles Realtors, Inc., Arcadia Association of Realtors, Incorporated, Burbank Association of Realtors, Citrus Valley Association of Realtors, Inc., Glendale Association of Realtors, Inglewood Board of Realtors, Inc., Montebello District Association of Realtors, Inc., Palos Verdes Peninsula Association of Realtors, Pasadena-Foothills Association of Realtors, Rancho Southeast Realtors, South Bay Association of Realtors, Inc., Southland Regional Association of Realtors, Inc., Tri-Counties Association of Realtors, West San Gabriel Valley Realtors, Malibu Association of Realtors, Madera Association of Realtors, Fresno Board of Realtors, Incorporated, Merced County Association of Realtors, Inc., Mariposa County Board of Realtors, Inc. | U.S. District Court, Central District of California (Los Angeles) | 24-cv-449 | Honorable Mark C. Scarsi |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 9 | **Plaintiffs:**<br>Willsim Latham, LLC<br>**Defendants:**<br>MetroList Services Inc., Sacramento Association of Realtors Inc., Placer County Association of Realtors Inc., El Dorado County Association of Realtors, Lodi Association of Realtors, Yolo County Association of Realtors, Central Valley Association of Realtors, Amador County Association of Realtors, Nevada County Association of Realtors Inc., Sutter-Yuba Association of Realtors Inc., RE/MAX Holdings Inc., Anywhere Real Estate Inc., Keller Williams Realty Inc., eXp World Holdings Inc., Norcal Gold Inc., Century 21 Select Real Estate Inc., William L. Lyon & Associates Inc., Paul M. Zagaris Inc., Guide Real Estate Inc., Does | U.S. District Court, Eastern District of California (Fresno) | 24-cv-244 | Honorable Deborah Barnes, Magistrate Judge (District Court Judge Assignment Pending) |
| 10 | **Plaintiffs:**<br>Robert Friedman<br>**Defendants**:<br>Real Estate Board of New York, Douglas Elliman Inc., Christies International Real Estate LLC, The Corcoran Group Inc., Sothebys International Realty Affiliates LLC, Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Brooklyn, LLC, Serhant LLC, Compass Inc., Nest Seekers LLC, The Agency IP Holdco LLC, d/b/a The Agency RE, Elegran LLC, Engel & Volkers New York Real Estate LLC, R New York, Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.), Terra Holdings, LLC, TDG-TREGNY, LLC, Leslie J. Garfield & Co. Inc. | U.S. District Court, Southern District of New York (Foley Square) | 24-cv-405 | Honorable Jessica G.L. Clarke |

The docket sheets and complaints are attached.

Dated: January 22, 2024

Respectfully submitted,

*/s/ Christopher M. Curran*
Christopher M. Curran
J. Mark Gidley
Jaclyn Phillips
**WHITE & CASE LLP**
701 Thirteenth Street, Northwest
Washington, D.C., 20005-3807
Tel: (202) 626 3600
ccurran@whitecase.com
mgidley@whitecase.com
jaclyn.phillips@whitecase.com

Joel Cohen
Bryan D. Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: (212) 819 8200
joel.cohen@whitecase.com
bgant@whitecase.com

*Counsel for Defendant National Association of REALTORS®*