# BEFORE THE
# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REAL ESTATE COMMISSION ANTITRUST LITIGATION | MDL NO. 3100 |

## CERTIFICATE OF SERVICE

I Jill M. Manning hereby certify that on January 23, 2024, I caused a copy of **NOTICE OF RELATED ACTION** to be filed and served using the **CM/ECF** system and served via electronic mail and/or First Class Mail, where appropriate, upon the parties and counsel listed on the attached service list.

DATED: January 23, 2024

By: /s/ Jill M. Manning
JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com

1005380.1

**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

DOUGLAS MILLEN (*Pro Hac Vice* Forthcoming)
dmillen@fklmlaw.com
ROBERT WOZNIAK (*Pro Hac Vice* Forthcoming)
rwozniak@fklmlaw.com
MATTHEW RUAN (Bar No. 264409)
mruan@fklmlaw.com
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone:  (224) 632-4500

*Attorneys for Plaintiff Christina Grace*

**SERVICE LIST**

| COUNSEL AND/OR PARTY | MANNER OF SERVICE |
|---|---|
| MetroList Services, Inc.<br>c/o: David Hose<br>4050 Truxel Rd.,<br>Ste. A.<br>Sacramento, CA 95834 | Mail |
| Sacramento Association of Realtors, Inc.<br>c/o: Christopher Ly<br>2003 Howe Avenue<br>Sacramento, CA 95825 | Mail |
| Placer County Association of Realtors, Inc.<br>c/o: Dean Anderson<br>270 Technology Way<br>Ste. 100<br>Rocklin, CA 95765 | Mail |
| El Dorado County Association of Realtors<br>c/o: Devin Woodard<br>4096 Mother Lode Dr.<br>Shingle Springs, CA 95682 | Mail |
| Lodi Association of Realtors<br>c/o: Henrietta F Van Dyk<br>777 S Ham Lane<br>Ste. B<br>Lodi, CA 95242 | Mail |
| Yolo County Association of Realtors<br>c/o: Greta K Eoff<br>449 Elm Street<br>Woodland, CA 95695 | Mail |
| Central Valley Association of Realtors<br>c/o: Patrick J Wallace<br>531 E Yosemite Ave<br>Manteca, CA 95336 | Mail |

1005380.1

| **COUNSEL AND/OR PARTY** | **MANNER OF SERVICE** |
|---|---|
| Amador County Association of Realtors<br>c/o: Donna M Amerine<br>17537 Ellis Lane<br>Jackson, CA 95642 | Mail |
| Nevada County Association of Realtors, Inc.<br>c/o: Kathleen Dunn Hinman<br>336 Crown Point Circle<br>Grass Valley, Ca 95945 | Mail |
| Sutter-Yuba Association of Realtors, Inc.<br>c/o: Tim Ferris<br>2607 Forest Ave #130<br>Chico, Ca 95928 | Mail |
| RE/MAX Holdings, Inc.<br>5075 S. Syracuse Street<br>Denver, CO 80237 | Mail |
| Anywhere Real Estate Inc.<br>175 Park Ave.<br>Madison, NJ 07940 | Mail |
| Keller Williams Realty, Inc.<br>1221 South Mopac Expy, Suite 400<br>Austin, TX 78746 | Mail |
| eXp World Holdings, Inc.<br>c/o: United Agent Group Inc<br>707 W. Main Avenue, #B1<br>Spokane, WA 99201 | Mail |
| Norcal Gold Inc.<br>c/o: Stephenie Flood<br>10860 Gold Center Dr. Ste 180<br>Rancho Cordova, Ca 95670 | Mail |
| Century 21 Select Real Estate, Inc.<br>c/o: Daniel Craig Jacuzzi<br>437 Century Park Drive, Ste. B<br>Yuba City, Ca 95991 | Mail |

1005380.1

| **COUNSEL AND/OR PARTY** | **MANNER OF SERVICE** |
|---|---|
| William L. Lyon & Associates, Inc.<br>Patrick M. Shea<br>3640 American River Drive, Suite 100<br>Sacramento, Ca 95864 | Mail |
| Paul M. Zagaris, Inc.<br>c/o: James A Oliveira<br>1120 Scenic Drive<br>Modesto, Ca 95350 | Mail |
| Guide Real Estate, Inc.<br>c/o: Ronald H Melchin<br>50 Iron Point Circle Ste 115<br>Folsom, CA 95630 | Mail |

1005380.1