4813-3979-6524.v1

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: Real Estate Commission**
**Antitrust Litigation**                                          **MDL No. 3100**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify on this 23rd day of January 2024 that copies of the foregoing Notice of Appearance was served on all parties in the following cases electronically via ECF on January 18, 2024 and a Corporate Disclosure Statement was served on all parties in the following cases electronically via ECF, or as indicated below, on January 19, 2024.

***By email:***

Marc M. Seltzer
Steven G. Sklaver
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry
Floyed G. Short
Alexander W. Aiken
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

4813-3979-6524.v1

Benjamin D. Brown
Robert A. Braun
Daniel Silverman
Brian E. Johnson
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
dsilverman@cohenmilstein.com
BEJohnson@cohenmilstein.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkely CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons
Jeannie Evans
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com
**Attorneys for Plaintiff Daniel Umpa**

4813-3979-6524.v1

Erik L. Dirks
Matthew Lee Dameron
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
dirks@williamsdirks.com
matt@williamsdirks.com

Brandon J.B. Boulware
Erin D Lawrence
Jeremy M. Suhr
Boulware Law LLC
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Telephone: (816) 492-2826
brandon@boulware-law.com
erin@boulware-law.com
jeremy@boulware-law.com

Michael S. Ketchmark
Scott A McCreight
Ketchmark & McCreight PC
Two Hallbrook Place
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com
**Attorneys for Plaintiffs Don Gibson, Lauren Criss, John Meiners**

Bobby Pouya
Pearson Warshaw, LLP CA
15165 Ventura Boulevard
Suite 400 Sherman Oaks
Sherman Oaks, CA 91403 818-788-8300
Email: bpouya@pwfirm.com
**Counsel for Plaintiff: Christina Grace**
N.D. California, 5:23-cv-06352-SVK

4813-3979-6524.v1

Daniel L. Warshaw Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: (818) 788-8104
Email: dwarshaw@pwfirm.com
**Counsel for Plaintiff: Christina Grace**
N.D. California, 5:23-cv-06352-SVK

Eric J Mont
Pearson Warshaw, LLP
15165 Ventura Blvd., Ste. 400
Sherman Oaks, CA 91403
818-788-8300
Email: emont@pwfirm.com
**Counsel for Plaintiff: Christina Grace**
N.D. California, 5:23-cv-06352-SVK

Naveed Abaie
Pearson Warshaw, LLP
15165 Ventura Boulevard, Suite
400 Sherman Oaks, CA 91403
(818) 788-8300
Email: nabaie@pwfirm.com
**Counsel for Plaintiff: Christina Grace**
N.D. California, 5:23-cv-06352-SVK

Jill Michelle Manning Pearson Warshaw, LLP
555 Montgomery Street, Suite 1205
San Francisco, CA 94104
(415) 433-9000
Email: jmanning@pwfirm.com
**Counsel for Plaintiff: Christina Grace**
N.D. California, 5:23-cv-06352-SVK

Bryan M. Knight Knight Palmer, LLC
1360 Peachtree St NE Suite 1201
Atlanta, GA 30309
404-228-4822
Email: bknight@knightpalmerlaw.com
**Counsel for Plaintiffs: 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**
N.D. Georgia, No. 1:23-cv-05392-SEG

4813-3979-6524.v1

Jonathan Palmer
Knight Palmer, LLC
1360 Peachtree St NE Ste 1201
Atlanta, GA 30309
404-228-4822
Fax: 404-228-4821
Email: jpalmer@knightpalmerlaw.com
**Counsel for Plaintiffs: 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**
N.D. Georgia, No. 1:23-cv-05392-SEG

Joshua Yehuda Joel
Kabat Chapman Ozmer LLP
171 17th Street NW Ste 1550
Atlanta, GA 30363
404-400-7300
Email: jjoel@kcozlaw.com
**Counsel for Plaintiffs: 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**
N.D. Georgia, No. 1:23-cv-05392-SEG

Nathan David Chapman
Kabat Chapman & Ozmer LLP
171 17th Street NW Suite 1550
Atlanta, GA 30363
404-400-7300
Fax: 404-400-7333
Email: nchapman@kcozlaw.com
**Counsel for Plaintiffs: 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**
N.D. Georgia, No. 1:23-cv-05392-SEG

Nicholas Tivy Sears
Knight Palmer, LLC
1360 Peachtree Street NE Suite 1201
Atlanta, GA 30309
404-228-4822
Email: nsears@knightpalmerlaw.com
**Counsel for Plaintiffs: 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**
N.D. Georgia, No. 1:23-cv-05392-SEG

4813-3979-6524.v1

William Lawton Jordan
Knight Palmer
One Midtown Plaza
1360 Peachtree Street, NE Ste 1201
Atlanta, GA 30309
678-732-0300
Email: ljordan@knightpalmerlaw.com
**Counsel for Plaintiffs: 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**
N.D. Georgia, No. 1:23-cv-05392-SEG

Charles W. Hatfield
Stinson LLP - JC
230 W. McCarty Street Jefferson City, MO 65101
Phone: 573-636-6263
Fax: 573-556-3632
Email: chuck.hatfield@stinson.com
**Counsel for Defendant: National Association of Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

Alexander Barrett
Stinson LLP - JC
230 W. McCarty Street Jefferson City, MO 65101
Phone: 573-556-3601
Fax: 573-556-3637
Email: alexander.barrett@stinson.com
**Counsel for Defendant: National Association of Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

Beatriz Mejia
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
415-693-2000
Email: MEJIAB@cooley.com
**Counsel for Defendant: National Association of Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

4813-3979-6524.v1

Ethan Glass
Cooley LLP
1299 Pennsylvania Ave NW Suite 700
Washington, DC 20004
202-776-2244
Email: eglass@cooley.com
**Counsel for Defendant: National Association of Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

Samantha Strauss
Cooley LLP - Library
1299 Pennsylvania Ave Ste 700
Washington, DC 20004
202-962-8343
Email: sastrauss@cooley.com
**Counsel for Defendant: National Association of REALTORs**
W.D. Missouri, No. 4:23-cv-00788-SRB

Chahira Solh 3 Park Plaza 20th Floor
Irvine, CA 92614
949-798-1367
Email: csolh@crowell.com
**Counsel for Defendant: Compass**
W.D. Missouri, No. 4:23-cv-00788-SRB

Daniel Sasse
Crowell & Moring Irvine
3 Park Plaza 20th Floor
Irvine, CA 92614-8505
(949) 263-8400
Fax: (949) 263-8414
Email: dsasse@crowell.com
**Counsel for Defendant: Compass**
W.D. Missouri, No. 4:23-cv-00788-SRB

Eric Fanchiang 30 Park Plaza 20th Floor  Irvine, CA 92614
949-798-1338
Email: efanchiang@crowell.com
**Counsel for Defendant: Compass**
W.D. Missouri, No. 4:23-cv-00788-SRB

4813-3979-6524.v1

Julie Johnston-Ahlen
Armstrong Teasdale LLP
100 North Riverside Plaza Suite 1500
Chicago, IL 60606-1520
312-419-6900
Fax: 312-419-6928
Email: jja@atllp.com
**Counsel for Defendant: eXp World Holdings, Inc.**
W.D. Missouri, No. 4:23-cv-00788-SRB

Francis X Riley, III
Saul Ewing LLP
650 College Road East Suite 400
Princeton, NJ 08540
609-452-3150
Email: Francis.Riley@saul.com
**Counsel for Defendant: eXp World Holdings, Inc.**
W.D. Missouri, No. 4:23-cv-00788-SRB

Karrie J. Clinkinbeard
Armstrong Teasdale LLP-KCMO
2345 Grand Boulevard Suite 1500
Kansas City, MO 64108
(816) 221-3420
Fax: (816) 221-0786
Email: kclinkinbeard@atllp.com
**Counsel for Defendant: eXp World Holdings, Inc.**
W.D. Missouri, No. 4:23-cv-00788-SRB

Stephen Siegel
Armstrong Teasdale LLP
100 North Riverside Plaza Suite 1500
Chicago, IL 60606
312-419-6900
Email: ssiegel@novackmacey.com
**Counsel for Defendant: eXp World Holdings, Inc.**
W.D. Missouri, No. 4:23-cv-00788-SRB

4813-3979-6524.v1

William D. Beil
GM Law PC - KC
1201 Walnut St. 20th Floor
Kansas City, MO 64106
816-471-7700
Fax: 816-471-2221
Email: billb@gmlawpc.com
**Counsel for Defendant: Weichert Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

Adam Hudes
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW Suite 500 West
Washington, DC 20037
202-639-6632
Fax: 202-879-8822
Email: ahudes@velaw.com
**Counsel for Defendant: Weichert Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

Dylan Ballard
Vinson & Elkins
555 Mission Street Suite 2000
San Francisco, CA 94105
415-979-6955
Email: dballard@velaw.com
**Counsel for Defendant: Weichert Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

Michael Scarborough
Vinson & Elkins LLP
555 Mission Street Suite 2000
San Francisco, CA 94105
415-979-6935
Email: mscarborough@velaw.com
**Counsel for Defendant: Weichert Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

4813-3979-6524.v1

Stephen M. Medlock
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW Suite 500 West
Washington, DC 20037
202-639-6578
Email: smedlock@velaw.co
**Counsel for Defendant: Weichert Realtors**
W.D. Missouri, No. 4:23-cv-00788-SRB

James Dale Lawrence
Bryan Cave Leighton Paisner LLP
3800 One Kansas City Place
1200 Main Street Kansas City, MO 64105
816-374-3378
Fax: 816-855-3378
Email: jdlawrence@bclplaw.com
**Counsel for Defendant: United Real Estate**
W.D. Missouri, No. 4:23-cv-00788-SRB

Lindsay Sklar Johnson
1201 W. Peachtree St 14th Floor
Atlanta, GA 30309
404-572-6732
Email: lindsay.johnson@bclplaw.com
**Counsel for Defendant: United Real Estate**
W.D. Missouri, No. 4:23-cv-00788-SRB

Timothy R. Beyer
1700 Lincoln Street Suite 4100
Denver, CO 80203
303-861-7000
Email: tim.beyer@bclplaw.com
**Counsel for Defendant: United Real Estate**
W.D. Missouri, No. 4:23-cv-00788-SRB

Emilee Hargis
Bryan Cave Leighton Paisner, LLP - StL
211 North Broadway Suite 3600
St. Louis, MO 63102-2750
618-973-6283
Email: emilee.hargis@bclplaw.com
**Counsel for Defendant: United Real Estate**
W.D. Missouri, No. 4:23-cv-00788-SRB

4813-3979-6524.v1

David Z. Gringer
7 World Trade Center 250 Greenwich Street
New York, NY 10007
(212) 230-8864
Email: david.gringer@wilmerhale.com
**Counsel for Defendant: Howard Hanna Real Estate Services**
W.D. Missouri, No. 4:23-cv-00788-SRB

Emily Barnet
7 World Trade Center 250 Greenwich Street
New York, NY 10007
(212) 230-8868
Email: emily.barnet@wilmerhale.com
**Counsel for Defendant: Howard Hanna Real Estate Services**
W.D. Missouri, No. 4:23-cv-00788-SRB

Hannah Smith
Shook, Hardy & Bacon, LLP-KCMO
2555 Grand Boulevard
Kansas City, MO 64108-2613
816-474-6550
Fax: 816-421-5547
Email: hsmith@shb.com
**Counsel for Defendant: Howard Hanna Real Estate Services**
W.D. Missouri, No. 4:23-cv-00788-SRB

Karin Dryhurst
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6248
Email: karin.dryhurst@wilmerhale.com
**Counsel for Defendant: Howard Hanna Real Estate Services**
W.D. Missouri, No. 4:23-cv-00788-SRB

Seth P Waxman
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6800
Email: seth.waxman@wilmerhale.com
**Counsel for Defendant: Howard Hanna Real Estate Services**
W.D. Missouri, No. 4:23-cv-00788-SRB

4813-3979-6524.v1

Daniel Patrick Johnson
Ogletree Deakins
700 West 47th Street Suite 500
Kansas City, MO 64112
816-410-2233
Fax: 816-471-1303
Email: daniel.johnson@ogletreedeakins.com
**Counsel for Defendant: Douglas Elliman, Inc.**
W.D. Missouri, No. 4:23-cv-00788-SRB

Trina R Ricketts
Ogletree Deakins
700 West 47th Street Suite 500
Kansas City, MO 64112
816-471-1301
Fax: 816-471-1303
Email: trina.ricketts@ogletree.com
**Counsel for Defendant: Douglas Elliman, Inc.**
W.D. Missouri, No. 4:23-cv-00788-SRB

Chahira Solh
Crowell & Moring LLP
3 Park Plaza Ste 20th Floor
Irvine, CA 92614-8505
949-798-1367
Fax: 949-263-8414
Email: csolh@crowell.com
**Counsel for Defendant: Compass Inc.**
S.D. New York, No. 1:23-cv-09995-JGLC

Eric Fanchiang
Crowell & Moring LLP
3 Park Plaza 20th Floor
Irvine, CA 92614
949-798-1338
Fax: 949-263-8414
Email: efanchiang@crowell.com
**Counsel for Defendant: Compass Inc.**
S.D. New York, No. 1:23-cv-09995-JGLC

4813-3979-6524.v1

Bruce C. Fox
Obermayer Rebmann Maxwell & Hippel
525 William Penn Place Suite 1710
Pittsburgh, PA 15219
412-288-2462
Fax: 412-281-1530
Email: bruce.fox@obermayer.com
**Counsel for Plaintiffs: Spring Way Center, LLC, John Moratis, Nancy Moratis, and Nancy Wehrheim**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW

Peter Mayer Ripin
Davidoff Hutcher & Citron LLP
200 Garden City Plaza
Garden City, NY 11530
(646)-428-3209
Fax: (212)-286-1884
Email: pmr@dhclegal.com
**Counsel for Defendant: Leslie J. Garfield & Co., Inc.**
S.D. New York, No. 1:23-cv-09995-JGLC

Christopher John Schwegmann
Lynn Pinker Cox & Hurst LLP - Dallas
2100 Ross Avenue Suite 2700
Dallas, TX 75201
214/981-3800
Fax: 214/9813839
Email: cschwegmann@lynnllp.com
**Counsel for Plaintiffs: QJ Team, LLC and Five Point Holdings, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

David Blake Urteago
The Pettit Law Firm
3710 Rawlins Suite 1050
Dallas, TX 75219
214-329-0151
Fax: 214-329-4076
Email: durteago@urteago.com
**Counsel for Plaintiffs: QJ Team, LLC and Five Point Holdings, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Michael Kevin Hurst
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: mhurst@lynnllp.com
**Counsel for Plaintiffs: QJ Team, LLC and Five Point Holdings, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Yaman Desai
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue Suite 2700 Dallas
Dallas, TX 75201
214-981-3800
Email: ydesai@lynnllp.com
**Counsel for Plaintiffs: QJ Team, LLC and Five Point Holdings, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Julie Pettit
The Pettit Law Firm - Dallas
2101 Cedar Springs, Suite 1540
Dallas, TX 75201
214-329-0151
Fax: 214-329-4076
Email: jpettit@pettitfirm.com
**Counsel for Plaintiffs: QJ Team, LLC and Five Point Holdings, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Richard A Illmer
Husch Blackwell LLP
1900 N Pearl Street Suite 1800
Dallas, TX 75201
214/999-6100
Fax: 12149996170
Email: rick.illmer@huschblackwell.com
**Counsel for Defendant: Texas Association of Realtors**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Abraham James Spung
Husch Blackwell
1801 Wewatta Street Ste. 1000
Denver, CO 80202
303-749-7200
Email: james.spung@huschblackwell.com
**Counsel for Defendant: Texas Association of Realtors**
E.D. Texas, No. 4:23-cv-01013-SDJ

Chalon Nicole Clark
Husch Blackwell LLP
1900 N Pearl Street Suite 1800
Dallas, TX 75201
214-999-6100
Fax: 214-999-6170
Email: chalon.clark@huschblackwell.com
**Counsel for Defendant: Texas Association of Realtors**
E.D. Texas, No. 4:23-cv-01013-SDJ

Jay Dewald
Norton Rose Fulbright US LLP - San Antonio
111 W. Houston Street Suite 1800
San Antonio, TX 78205
210-270-7180
Fax: 210-270-7205
Email: jay.dewald@nortonrosefulbright.com
**Counsel for Defendant: Austin Board of Realtors**
E.D. Texas, No. 4:23-cv-01013-SDJ

Brian Schneider
ArentFox Schiff
1717 K Street, NW
Washington, DC 20006-5344
202-857-6000
Fax: 202-857-6395
Email: brian.schneider@afslaw.com
**Counsel for Defendant: San Antonio Board of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Jessica Anne Sprovtsof
ArentFox Schiff LLP
350 S. Main Street Suite 210
Ann Arbor, MI 48104
734-222-1518
Fax: 734-222-1501
Email: Jessica.sprovtsoff@afslaw.com
**Counsel for Defendant: San Antonio Board of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Michael E Jones Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903-525-2239
Email: mikejones@potterminton.com
**Counsel for Defendant: San Antonio Board of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Shaun William Hassett Potter Minton
TX
102 North College Suite 900
Tyler, TX 75702
903-525-2272
Email: shaunhassett@potterminton.com
**Counsel for Defendant: San Antonio Board of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

George William Morrison
Haynes and Boone
901 Main St Suite 3100
Dallas, TX 75202-3789 214/651-5000
Fax: 12142000604
Email: bill.morrison@haynesboone.com
**Counsel for Defendant: Metrotex Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Greta Alyse Gieseke
Haynes & Boone, LLP
2801 N. Harwood St. Ste. 2300
Dallas, TX 75201
214-651-5215
Email: greta.gieseke@haynesboone.com
**Counsel for Defendant: Metrotex Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Neil Issar
Haynes and Boone, LLP
2801 N. Hardwood Street Ste 2300
Dallas, TX 75201
214-651-5281
Fax: 214-200-0638
Email: neil.issar@haynesboone.com
**Counsel for Defendant: Metrotex Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Bradley Carroll Weber
Locke Lord LLP
2200 Ross, Ave, Ste 2800
Dallas, TX 75201
214-740-8497
Email: bweber@lockelord.com
**Counsel for Defendant: Houston Association of Realtors**
E.D. Texas, No. 4:23-cv-01013-SDJ

Matthew Ciulla
MacGill PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
317-721-1253
Email: matthew.ciulla@macgilllaw.com
**Counsel for Defendants: ABA Management, L.L.C., Ebby Halliday Real Estate, LLC, and Homeservices of America, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Robert D MacGill
MacGill PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
317-721-1253
Email: robert.macgill@macgilllaw.com
**Counsel for Defendants: ABA Management, L.L.C., Ebby Halliday Real Estate, LLC, and Homeservices of America, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Craig Buck Florence
Foley & Lardner LLP
2021 McKinney Avenue Suite 1600
Dallas, TX 75201
214-999-4796
Email: cflorence@foley.com
**Counsel for Defendants: ABA Management, L.L.C., Ebby Halliday Real Estate, LLC, and Homeservices of America, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Jay N. Varon
Foley & Lardner LLP
3000 K Street, N.W. Suite 600
Washington, DC 20007-5109
202-672-5380
Fax: 202-672-5399
Email: jvaron@foley.com
**Counsel for Defendants: ABA Management, L.L.C., Ebby Halliday Real Estate, LLC, and Homeservices of America, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Jennifer M Keas
Foley & Lardner LLP
3000 K Street NW Suite 600
Washington, DC 20007
202-672-5436
Fax: 202-672-5399
Email: jkeas@foley.com
**Counsel for Defendants: ABA Management, L.L.C., Ebby Halliday Real Estate, LLC, and Homeservices of America, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Stephanie C Sparks
Vedder Price PC - Dallas
100 Crescent Court Suite 350
Dallas, TX 75201
469-895-4800
Fax: 469-895-4802
Email: ssparks@vedderprice.com
**Counsel for Defendant: Penfed Realty, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Gregory G. Wrobel
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
312-609-7722
Email: gwrobel@vedderprice.com
**Counsel for Defendant: Penfed Realty, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Mitchell D Cohen
Vedder Price PC - New York
1633 Broadway
47th Floor
New York, NY 10019
212/407-6980
Fax: 12124077799
Email: mcohen@vedderprice.com
**Counsel for Defendant: Penfed Realty, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Thomas P. Cimino, Jr
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
312-609-7500
Email: tcimino@vedderprice.com
**Counsel for Defendant: Penfed Realty, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

William Mayer Katz , Jr
Holland & Knight LLP - Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533
214/969-1330
Fax: 12149691751
Email: william.katz@hklaw.com
**Counsel for Defendant: Keller Williams Realty, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Anna Hayes
Holland & Knight LLP
800 17th Street NW Suite 1100
Washington, DC 20006
202-469-5441
Email: anna.hayes@hklaw.com
**Counsel for Defendant: Keller Williams Realty, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

David Kully
Holland & Knight LLP
800 17th ST NW Suite 1100
Washington, DC 20006
202-469-5415
Email: david.kully@hklaw.com
**Counsel for Defendant: Keller Williams Realty, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Dina Wastcoat McKenney
Holland & Knight LLP - Dallas
One Arts Plaza 1722 Routh Street Suite 1500
Dallas, TX 75225
214-969-1757
Fax: 214-969-1751
Email: dina.mckenney@hklaw.com
**Counsel for Defendant: Keller Williams Realty, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Timothy Ray
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
312-928-6042
Email: timothy.ray@hklaw.com
**Counsel for Defendant: Keller Williams Realty, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Brett Ingerman
DLA Piper LLP (US)
650 S. Exeter Street Suite 1100
Baltimore, MD 21202
410-580-4177
Fax: 410-580-3177
Email: brett.ingerman@dlapiper.com
**Counsel for Defendant: Heyl Group Holdings LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

David B. Hamilton
DLA Piper LLP (US)
650 S. Exeter Street Suite 1100
Baltimore, MD 21202
410-580-4120
Email: david.hamilton@us.dlapiper.com
**Counsel for Defendant: Heyl Group Holdings LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

James Clark Bookhout
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4549
Fax: 214-743-4545
Email: james.bookhout@dlapiper.com
**Counsel for Defendant: Heyl Group Holdings LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

William Reichart, III
DLA Piper LLP (US)
650 S. Exeter Street Suite 1100
Baltimore, MD 21202
410-580-4104
Email: wes.reichart@dlapiper.com
**Counsel for Defendant: Heyl Group Holdings LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Mackenzie Simpson Wallace
Thompson Coburn LLP
2100 Ross Avenue Suite 3200
Dallas, TX 75201
972-629-7100
Fax: 972-629-7171
Email: mwallace@thompsoncoburn.com
**Counsel for Defendants: Hexagon Group, LLC and San Antonio Legacy Group, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Nicole Leigh Williams
Thompson Coburn LLP - Dallas
2100 Ross Avenue Suite 600
Dallas, TX 75201
972-629-7113
Fax: 972-629-7171
Email: nwilliams@thompsoncoburn.com
**Counsel for Defendants: Hexagon Group, LLC, DMTX, LLC, and San Antonio Legacy Group, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Elaine Drodge Koch
Bryan Cave Leigton Paisner LLP - Kansas City
1200 Main Street Suite 3800
Kansas City, MO 64105
816-374-3235
Fax: 816-855-3235
Email: edkoch@bclplaw.com
**Counsel for Defendant: Fathom Realty, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

4813-3979-6524.v1

Brian Edward Robison
Brown Fox, PLLC
6303 Cowboys Way Suite 450
Frisco, TX 75034
972-707-1809
Email: brian@brownfoxlaw.com
**Counsel for Defendant: Side, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

C Alan Carrillo
Brown Fox PLLC
8111 Preston Road Ste 300
Dallas, TX 75225
214-327-5000
Email: alan@brownfoxlaw.com
**Counsel for Defendant: Side, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Charlene Cantrell Koonce
Brown Fox PLLC - Dallas
8111 Preston Road Suite 300
Dallas, TX 75225
214-327-5000
Fax: 214-327-5001
Email: charlene@brownfoxlaw.com
**Counsel for Defendant: Side, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ

Daniel Allen Sasse
Crowell & Moring LLP
3 Park Plaza Ste 20th Floor
Irvine, CA 92614-8505
949-798-1347
Fax: 949-263-8414
Email: dsasse@crowell.com
**Counsel for Defendant: Realty Austin, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Albert Boone Almanza
Almanza Blackburn Dickie & Mitchell LLP
2301 South Capital of Texas Hwy,  Building H
Austin, TX 78746
512-474-9486
Fax: 512-478-7151
Email: balmanza@abdmlaw.com
**Counsel for Defendant: ATX Wir LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Ethan J Ranis
Almanza, Blackburn, Dickie & Mitchel LLP
2301 S Capital of Texas Hwy Ste Bldg H-101
Austin, TX 78746
512-474-9486
Fax: 512-478-7151
Email: eranis@abdmlaw.com
**Counsel for Defendant: ATX Wir LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Rachel McKenna
Almanza, Blackburn, Dickie & Mitchell LLP
2301 S. Capital of Texas Highway Ste Building H
Austin, TX 78746
512-628-9222
Fax: 512-478-7151
Email: rmckenna@abdmlaw.com
**Counsel for Defendant: ATX Wir LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Carlos Ramon Soltero
Maynard Nexsen
2500 Bee Cave Rd Building ONE Ste 150
Austin, TX 78746
737-202-4873
Fax: 512-359-7996
Email: CSoltero@MaynardNexsen.com
**Counsel for Defendant: JP Piccinini Real Estate Services, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Gregory J Casas
Greenberg Traurig, LLP - Austin
300 West 6th Street Suite 2050
Austin, TX 78701
512-320-7238
Fax: 512-320-7210
Email: casasg@gtlaw.com
**Counsel for Defendant: Square MB, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Becky Leigh Caruso Greenberg Traurig, P.A
500 Campus Drive Suite 400
Florham Park, NJ 07932
973-443-3252
Fax: 973-295-1242
Email: Becky.Caruso@gtlaw.com
**Counsel for Defendant: Square MB, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Christopher S. Dodrill
Greenberg Traurig, LLP - Dallas
2200 Ross Ave Suite 5200
Dallas, Tx 75201
214.665.3600
Fax: 214.665.3601
Email: dodrillc@gtlaw.com
**Counsel for Defendant: Square MB, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Kathryn Annette Disch
Gauntt Koen Binney & Kidd LLP
25700 I-45 N Ste 130
Spring, TX 77386
281-367-6555
Fax: 281-367-3705
Email: annette.disch@gkbklaw.com
**Counsel for Defendant: Mark Anthony Dimas**
E.D. Texas, No. 4:23-cv-01013-SDJ

4813-3979-6524.v1

Thomas F O'Connell III
Gauntt, Koen, Binney & Kidd, LLP
25700 I-45 Suite 150
Spring, TX 77386
281-367-6555
Fax: 281.367.3705
Email: tom.oconnell@gkbklaw.com
**Counsel for Defendant: Mark Anthony Dimas**
E.D. Texas, No. 4:23-cv-01013-SDJ

Frederick Johnson Spencer Fane
3040 Post Oak Blvd.
Suite 1400
Houston, TX 77056
713-552-1234
Email: fjohnson@spencerfane.com
**Counsel for Defendant: Turner Mangum LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Mavish Bana Spencer Fane LLP
5700 Granite Parkway Suite 650
Plano, TX 75024
972-324-0374
Fax: 972-324-0301
Email: mbana@spencerfane.com
**Counsel for Defendant: Turner Mangum LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ

Christopher John Schwegmann
Lynn Pinker Cox & Hurst LLP - Dallas
2100 Ross Avenue Suite 2700
Dallas, TX 75201
214/981-3800
Fax: 214/9813839
Email: cschwegmann@lynnllp.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

4813-3979-6524.v1

David Blake Urteago
The Pettit Law Firm
3710 Rawlins Suite 1050
Dallas, TX 75219
214-329-0151
Fax: 214-329-4076
Email: durteago@urteago.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

Frederic S Fox
Kaplan Fox & Kilsheimer, LLP
850 Third Avenue 14th Floor
New York, NY 10022
212/687-1980
Fax: 212/687-7714
Email: ffox@kaplanfox.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

Jessica Cox
Lynn Pinker Cox & Hurst, LLP
2100 Ross Ave. Suite 2700
Dallas, TX 75201
214-981-3800
Email: jcox@lynnllp.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

Michael Kevin Hurst
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: mhurst@lynnllp.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

4813-3979-6524.v1

Yaman Desai
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue
Suite 2700 Dallas
Dallas, TX 75201
214-981-3800
Email: ydesai@lynnllp.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

Julie Pettit
The Pettit Law Firm - Dallas
2101 Cedar Springs, Suite 1540
Dallas, TX 75201
214-329-0151
Fax: 214-329-4076
Email: jpettit@pettitfirm.com
**Counsel for Plaintiffs: Julie Martin, Mark Adams, and Adelaida Matta**
E.D. Texas, No. 4:23-cv-01104-SDJ

Patrick Eugene Knie
Knie and Shealy
PO Box 5159
250 Magnolia Street (29306)
Spartanburg, SC 29304
864-582-5118
Fax: 864-585-1615
Email: pat@knieshealy.com
**Counsel for Plaintiff: Shauntell Burton**
D. South Carolina, No. 7:23-cv-05666-JD Matthew

William Shealy
Knie and Shealy PO Box 5159
250 Magnolia Street (29306)
Spartanburg, SC 29304
864-582-5118
Fax: 864-585-1615
Email: matthew@theshealylawfirm.com
**Counsel for Plaintiff: Shauntell Burton**
D. South Carolina, No. 7:23-cv-05666-JD

4813-3979-6524.v1

Sam Mitchell Slade , Jr PO Box 1007
Spartanburg, SC 29304
864-582-4212
Email: Mitch@MitchSladeLaw.com
**Counsel for Plaintiff: Shauntell Burton**
D. South Carolina, No. 7:23-cv-05666-JD

Alice W Parham Casey
Wyche PA (Cola)
807 Gervais Street Suite 301
Columbia, SC 29201
803-254-6542
Fax: 803-254-6544
Email: tcasey@wyche.com
**Counsel for Defendant: National Association of Realtors**
D. South Carolina, No. 7:23-cv-05666-JD

Henry L Parr , Jr
Wyche, P.A.
P.O. Box 728
Greenville, SC 29602
864-242-8209
Fax: 864-235-8900
Email: hparr@wyche.com
**Counsel for Defendant: National Association of Realtors**
D. South Carolina, No. 7:23-cv-05666-JD

Rachael Lewis Anna
Wyche, P.A.
P.O. Box 728
Greenville, SC 29602
864-242-8200
Fax: 864-235-8900
Email: ranna@wyche.com
**Counsel for Defendant: National Association of Realtors**
D. South Carolina, No. 7:23-cv-05666-JD

4813-3979-6524.v1

Brian C. Duffy
Duffy and Young LLC
96 Broad Street
Charleston, SC 29401
843-720-2044
Fax: 843-720-2047
Email: bduffy@duffyandyoung.com
**Counsel for Defendants: Keller Williams LLC and Keller Williams Realty Inc.**
D. South Carolina, No. 7:23-cv-05666-JD

David Kully
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, District of Columbia 20006
202-469-5415
Email: david.kully@hklaw.com
**Counsel for Defendants: Keller Williams LLC and Keller Williams Realty Inc.**
D. South Carolina, No. 7:23-cv-05666-JD


***By First-class Mail:***

**Defendant: National Association of Realtors**
N.D. California, 5:23-cv-06352-SVK
430 N. Michigan Ave
Chicago, IL 60611-4087

**Defendant: RE/MAX Holdings, Inc.**
N.D. California, 5:23-cv-06352-SVK 5075
S Syracuse St
Denver, CO, 80237-2712

**Defendant: Anywhere Real Estate Inc.**
N.D. California, 5:23-cv-06352-SVK
175 Park Ave
Madison, NJ 07940

**Defendant: Keller Williams Realty, Inc.**
N.D. California, 5:23-cv-06352-SVK
1221 South Mopac Expy, Suite 400
Austin, TX 78746

4813-3979-6524.v1

**Defendant: Compass, Inc.**
N.D. California, 5:23-cv-06352-SVK
503 Westlake Avenue N
Seattle WA 98109

**Defendant: eXp World Holdings, Inc.**
N.D. California, 5:23-cv-06352-SVK
2219 Rimland Dr Ste 301
Bellingham, Washington, 98226-8759

**Defendant: Bay Area Real Estate Information Services, Inc.**
N.D. California, 5:23-cv-06352-SVK
153 Stony Circle, Suite 200
Santa Rosa, CA 95401

**Defendant: Marin Association of Realtors**
N.D. California, 5:23-cv-06352-SVK
40 Mitchell Blvd
San Rafael, CA 94903

**Defendant: North Bay Association of Realtors**
N.D. California, 5:23-cv-06352-SVK
475 Aviation Blvd., Suite 220
Santa Rosa, CA 95403

**Defendant: Northern Solano County Association of Realtors, Inc.**
N.D. California, 5:23-cv-06352-SVK
3690 Hilborn Rd
Fairfield, CA 94534

**Defendant: Solano Association of Realtors, Inc.**
N.D. California, 5:23-cv-06352-SVK
1302 Springs Rd
Vallejo, CA 94591

**Defendant: National Association of Realtors**
N.D. Georgia, No. 1:23-cv-05392-SEG
430 N. Michigan Ave
Chicago, IL 60611-4087

4813-3979-6524.v1

**Defendant: Ansley Atlanta Real Estate, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
3035 Peachtree Rd NE Ste 202
Atlanta, Georgia, 30305

**Defendant: Homesmart Holdings**
N.D. Georgia, No. 1:23-cv-05392-SEG
8388 E Hartford Dr Suite 100
Scottsdale, AZ 85255

**Defendant: Solid Source Realty**
N.D. Georgia, No. 1:23-cv-05392-SEG
10900 Crabapple Rd
Roswell, Georgia, 30075

**Defendant: Palmerhouse Properties, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
2911 Piedmont Rd NE Ste B
Atlanta, Georgia, 30305

**Defendant: Higher Tech Realty, LLC d/b/a Mark Spain Real Estate**
N.D. Georgia, No. 1:23-cv-05392-SEG
12600 Deerfield Pkwy Ste 450
Alpharetta, Georgia, 30004

**Defendant: Hamilton Dorsey Alston Company, Inc.**
N.D. Georgia, No. 1:23-cv-05392-SEG 4401
Northside Pkwy Ste 400
Atlanta, GA, 30327

**Defendant: Christie's International Real Estate, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
20 Rockefeller Plaza
New York, New York, 10020

**Defendant: Engel & Volkers Americas, Inc.**
N.D. Georgia, No. 1:23-cv-05392-SEG
430 Park Ave 11TH Fl
New York City, New York, 10022

4813-3979-6524.v1

**Defendant: Engel & Volkers Atlanta**
N.D. Georgia, No. 1:23-cv-05392-SEG
1745 Peachtree Street NE, Suite T
Atlanta, GA 30309

**Defendant: Weichert of North America, Inc.**
N.D. Georgia, No. 1:23-cv-05392-SEG
225 Littleton Rd
Morris Plains, NJ, 07950

**Defendant: ERA Franchise Systems, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
75 Park Ave
Madison, New Jersey, 07940

**Defendant: EXP World Holdings, Inc.**
N.D. Georgia, No. 1:23-cv-05392-SEG
2219 Rimland Dr Ste 301
Bellingham, Washington, 98226-8759

**Defendant: Redfin Corporation**
N.D. Georgia, No. 1:23-cv-05392-SEG
1099 Stewart St Ste 600
Seattle, WA 98101

**Defendant: Beacham & Company, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
3060 Peachtree Rd NW Ste 100
Atlanta, Georgia, 30305

**Defendant: Tracey Cousineau Real Estate, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
1755 N Brown Rd Ste 110
Lawrenceville, Georgia, 30043

**Defendant: Sanders Realty Holdings, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
625 Molly Ln
Woodstock, Georgia 30189

4813-3979-6524.v1

**Defendant: Bolst, Inc. d/b/a The Justin Landis Group**
N.D. Georgia, No. 1:23-cv-05392-SEG
581 Grant St SE # B7
Atlanta, Georgia, 30312

**Defendant: Chapman Hall Realtors, Inc.**
N.D. Georgia, No. 1:23-cv-05392-SEG
6100 Lake Forrest Drive Suite 120
Atlanta, GA 30328

**Defendant: Signature Properties Group, Inc.**
N.D. Georgia, No. 1:23-cv-05392-SEG
600 Sea Island Rd. ST.
SIMONS ISLAND, Georgia 31522

**Defendant: Method Real Estate Group, LLC d/b/a Method Real Estate Advisors**
N.D. Georgia, No. 1:23-cv-05392-SEG
1792 Woodstock Rd Ste 100
Roswell, Georgia, 30075

**Defendant: Path & Post, LLC d/b/a Path & Post Real Estate**
N.D. Georgia, No. 1:23-cv-05392-SEG
214 River Park N Drive
Woodstock, GA 30188

**Defendant: Duckworth Properties, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
3441 Cypress Mill Rd Ste 203
Brunswick, Georgia, 31520

**Defendant: AF Realty Group, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
760 Commerce St.
Perry, GA 31069

**Defendant: Greater Atlanta Real Estate Group, LLC d/b/a Maximum One Realty**
N.D. Georgia, No. 1:23-cv-05392-SEG
5041 Dallas Hwy Bldg 7-700
Powder Springs, GA 30127-6462

4813-3979-6524.v1

**Defendant: Greater Atlanta Realty Holdings Corporation d/b/a Maximum One Realty**
N.D. Georgia, No. 1:23-cv-05392-SEG
1355 Terrell Mill Rd, Bldg 1464
Marietta, GA 30067

**Defendant: Atlanta Communities Real Estate Brokerage, LLC**
N.D. Georgia, No. 1:23-cv-05392-SEG
3113 Roswell Rd Ste 101
Marietta, Georgia, 30062

**Defendant: Redfin Corporation**
W.D. Missouri, No. 4:23-cv-00788-SRB
1099 Stewart St Ste 600
Seattle, WA 98101

**Defendant: National Association of Realtors**
W.D. Missouri, Case No. TBD (*Umpa* action)
430 N. Michigan Ave
Chicago, IL 60611-4087

**Defendant: HomeServices of America, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
6800 France Avenue, Suite 610
Edina, Minnesota 55435

**Defendant: HSF Affiliates, LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
18500 Von Karman Avenue, Suite 400
Irvine, California 92612

**Defendant: Long & Foster Companies, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
3975 Fair Ridge Dr.
Fairfax, Virginia 22033

**Defendant: BHH Affiliates, LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
18500 Von Karman Avenue, Suite 400
Irvine, California 92612

4813-3979-6524.v1

**Defendant: Keller Williams Realty, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
1221 South Mopac Expy, Suite 400
Austin, TX 78746

**Defendant: Compass, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
503 Westlake Avenue N
Seattle WA 98109

**Defendant: eXp World Holdings, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
2219 Rimland Dr Ste 301
Bellingham, Washington, 98226-8759

**Defendant: eXp Realty, LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
2219 Rimland Dr Ste 301
Bellingham, Washington, 98226-8759

**Defendant: Redfin Corporation**
W.D. Missouri, Case No. TBD (*Umpa* action)
1099 Stewart St Ste 600
Seattle, WA 98101

**Defendant: Weichert Realtors**
W.D. Missouri, Case No. TBD (*Umpa* action)
1625 Route 10 East
Morris Plains, New Jersey 07950

**Defendant: United Real Estate**
W.D. Missouri, Case No. TBD (*Umpa* action)
5430 Lyndon B. Johnson Freeway, Suite 270
Dallas, Texas 75240

**Defendant: Hanna Holdings, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
1090 Freeport Rd Ste 1A
Pittsburgh, PA, 15238-3166

4813-3979-6524.v1

**Defendant: Douglas Elliman, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
575 Madison Avenue
New York, NY 10022

**Defendant: Douglas Elliman Realty LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
575 Madison Avenue, Suite 400
New York, NY 10022

**Defendant: At World Properties, LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
2356 North Elston
Chicago, IL 60614

**Defendant: Real Brokerage, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
100 King Street West, Suite 1600
Toronto, A6 M5X 1G5 Ontario, Canada

**Defendant: Real Broker, LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
100 King Street West, Suite 1600
Toronto, A6 M5X 1G5 Ontario, Canada

**Defendant: Realty ONE Group, Inc.**
W.D. Missouri, Case No. TBD (*Umpa* action)
23811 Aliso Creek Rd., Suite 168
Laguna Niguel, California 92677

**Defendant: HomeSmart International, LLC**
W.D. Missouri, Case No. TBD (*Umpa* action)
8388 East Hartford Drive, Suite 100
Scottsdale, AZ 85255

**Defendant: Christie's International Real Estate LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
20 Rockefeller Plaza
New York, New York, 10020

4813-3979-6524.v1

**Defendant: Brown Harris Stevens LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
770 Lexington Avenue, 4th Floor
New York, NY 10065

**Defendant: Coldwell Banker LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
175 Park Ave
Madison, NJ 07940

**Defendant: The Corcoran Group, Inc.**
S.D. New York, No. 1:23-cv-09995-JGLC
660 Madison Avenue 12th Floor
New York, NY 10022

**Defendant: Elegran Real Estate, d/b/a Elegran LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
1407 Broadway
New York, NY , 10018

**Defendant: Halstead Real Estate LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
499 Park Ave Fl 14
New York, New York, 10022

**Defendant: Homesnap Inc.**
S.D. New York, No. 1:23-cv-09995-JGLC
7200 Wisconsin Ave #200
Bethesda, MD 20814

**Defendant: Keller Williams NYC, LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
99 Park Avenue 10th Floor
New York, NY 10016

**Defendant: Level Group Inc.**
S.D. New York, No. 1:23-cv-09995-JGLC
211 E 43rd St Fl 24
New York City, New York, 10017

4813-3979-6524.v1

**Defendant: M.N.S. Real Estate NYC, LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
40 N 6th St
Brooklyn, New York, 11249

**Defendant: Modern Spaces LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
1027 46th Ave 410
Long Island City, New York, 11101

**Defendant: The Agency LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
88 University Pl 3rd Floor
New York, NY 10003

**Defendant: The Modlin Group LLC**
S.D. New York, No. 1:23-cv-09995-JGLC 152
West 57th Street, 18th Floor
New York, NY, 10019

**Defendant: Nest Seekers International LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
505 Park Ave
New York, NY 10022

**Defendant: Oxford Property Group LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
5 W 37th St Fl 12
New York City, New York, 10018

**Defendant: R New York LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
641 Lexington Ave
New York, NY 10022

**Defendant: RE/MAX, LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
5075 South Syracuse Street
Denver, CO 80237

4813-3979-6524.v1

**Defendant: Sloane Square LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
59 E 73rd St Ste 3F
New York, New York, 10021

**Defendant: Sotheby's International Realty Affiliates LLC**
S.D. New York, No. 1:23-cv-09995-JGLC
175 Park Avenue
Madison, NJ 07940

**Defendant: WEST PENN MULTI-LIST, INC**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW 8980 Perry Highway
Pittsburgh, Pennsylvania 15237

**Defendant: EVEREST CONSULTING GROUP LP d/b/a Berkshire Hathaway HomeServices The Preferred Realty**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW 1002
E Pittsburgh St
Greensburg, PA, 15601

**Defendant: NRT PHILADELPHIA LLC d/b/a Coldwell Banker Realty**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW
175 Park Ave
Madison, New Jersey, 07940

**Defendant: PPSIR, LLC d/b/a Piatt Sothebys International Realty**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW
9101 Foxhunt Rd
Pittsburgh, Pennsylvania, 15237

**Defendant: PIRAIN ENTERPRISES, INC. d/b/a NextHome PPM Realty**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW
1308 Peermont Avenue
Pittsburgh, PA, 15216

**Defendant: MHDM LLC d/b/a Realty ONE Group Gold Standard**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW
375 Valley Brook Rd
Canonsburg, PA 15317-3370

4813-3979-6524.v1

**Defendant: SF, LLC d/b/a Realty ONE Group Platinum**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW
427 Cochran Rd
Pittsburgh, PA 15228

**Defendant: REALTY ONE GROUP HORIZON, LLC**
W.D. Pennsylvania, No. 2:23-cv-02061-CCW
3731 William Penn Hwy Suite 200
Murrysville, PA 15668

**Defendant: The Dave Perry-Miller Company**
E.D. Texas, No. 4:23-cv-01013-SDJ
5950 Berkshire Ln Ste 100
Dallas, Texas, 75225

**Defendant: The Loken Group, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ
11037 Fm 1960 Rd W Ste A1
Houston, Texas, 77065

**Defendant: Keller Willis San Antonio, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ
10999 W Ih 10 Ste 175
San Antonio, TX 78230-1349

**Defendant: Citiquest Properties, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ
6807 Wynnwood Ln
Houston, Texas, 77008

**Defendant: Team Burns, LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ
1 Cowboys Way Ste 571
Frisco, Texas, 75034

**Defendant: ABRE Capital LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ
10601 Clarence Dr., Ste. 250
Frisco, TX 75033

4813-3979-6524.v1

**Defendant: The Michael Group LLC**
E.D. Texas, No. 4:23-cv-01013-SDJ
10300 N Central Expy 220
Dallas, Texas, 75231

**Defendant: Greenwood King Properties II, Inc.**
E.D. Texas, No. 4:23-cv-01013-SDJ
1616 S Voss Rd Ste 900
Houston, Texas, 77057

**Defendant: Texas Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
1115 San Jacinto Blvd Ste 200
Austin, Texas, 78701

**Defendant: Austin Board of Realtors**
E.D. Texas, No. 4:23-cv-01104-SDJ
4800 Spicewood Springs Rd
Austin, TX 78759

**Defendant: San Antonio Board of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
9110 IH-10 W
San Antonio, TX 78230

**Defendant: Metrotex Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
1701 Kinwest Parkway
Irving, TX 75063

**Defendant: Houston Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
3693 Southwest Fwy
Houston, Texas, 77027

**Defendant: Greater El Paso Association of Realtors**
E.D. Texas, No. 4:23-cv-01104-SDJ
6400 Gateway East
El Paso, TX 79905

4813-3979-6524.v1

**Defendant: Greater Fort Worth Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
2650 Parkview Drive
Fort Worth, TX 76102

**Defendant: Fort Hood Area Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
306 W Mary Jane Dr.
Killeen, TX 76541

**Defendant: Four Rivers Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
936 Gruene Rd
New Braunfels, TX 78130

**Defendant: Temple-Belton Board of Realtors, Inc**.
E.D. Texas, No. 4:23-cv-01104-SDJ
2703 Exchange Plz
Temple, Texas, 76504

**Defendant: Victoria Area Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
2906 E Airline Rd.
Victoria, Tx 77901

**Defendant: Williamson County Association of Realtors, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
123 E Old Settlers Blvd.
Round Rock, TX 78664

**Defendant: Austin/Central Texas Realty Information Service**
E.D. Texas, No. 4:23-cv-01104-SDJ
10900 Stonelake Boulevard, Suite A-100
Austin, TX 78759

**Defendant: Central Texas Multiple Listing Service, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
14150 Pebble Hills Blvd Ste B
El Paso, Texas, 79938

4813-3979-6524.v1

**Defendant: Houston Realtors Information Service, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
26511 Oak Ridge Dr
The Woodlands, Texas, 77380

**Defendant: North Texas Real Estate Information Systems, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
1950 N Stemmons Fwy Ste 3018
Dallas, Texas, 75207

**Defendant: ABA Management, L.L.C.**
E.D. Texas, No. 4:23-cv-01104-SDJ
5015 Tracy St #102
Dallas, TX 75205

**Defendant: Penfed Realty, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
2930 Eisenhower Ave
Alexandria, Virginia, 22314

**Defendant: Ebby Halliday Real Estate, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
5560 Tennyson Pkwy., Suite 100
Plano, TX, 75024

**Defendant: The Dave Perry-Miller Company**
E.D. Texas, No. 4:23-cv-01104-SDJ
5950 Berkshire Ln Ste 100
Dallas, Texas, 75225

**Defendant: Keller Williams Realty, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
1221 S Mopac Expy Ste 110
Austin, Texas, 78746

**Defendant: Heyl Group Holdings LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
1001 S Capital of Texas I Hwy Bldg Ste 100
Austin, Texas, 78746

4813-3979-6524.v1

**Defendant: The Loken Group, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
11037 Fm 1960 Rd W Ste A1
Houston, Texas, 77065

**Defendant: Hexagon Group, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
501 W George Bush Frwy Ste 125
Richardson, Texas, 75080

**Defendant: DMTX, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
1617 West 6th Street, Suite C
Austin, Texas 78703

**Defendant: Keller Willis San Antonio, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
10999 W Ih 10 Ste 175
San Antonio, TX 78230-1349

**Defendant: San Antonio Legacy Group, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
1102 E Sonterra Blvd Ste 106
San Antonio, TX 78258

**Defendant: DSJMM, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
8344 Spring Cypress Rd Ste B
Spring, Texas, 77379

**Defendant: Fathom Realty, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
2000 Regency Pkwy Ste 300
Cary, North Carolina, 27518

**Defendant: Grace Realty Group LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
6841 Virginia Pkwy Ste 103
McKinney, Texas, 75071

4813-3979-6524.v1

**Defendant: Side, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
580 4th Street
San Francisco, CA 94107

**Defendant: Citiquest Properties, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
6807 Wynnwood Ln
Houston, Texas, 77008

**Defendant: Homeservices of America, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
6800 France Avenue, Suite 610
Edina, Minnesota 55435

**Defendant: JP PICCININI REAL ESTATE SERVICES, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ 11891 Frg Dr
Frisco, Texas, 75035

**Defendant: Team Burns, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
1 Cowboys Way Ste 571
Frisco, Texas, 75034

**Defendant: ABRE Capital LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
10601 Clarence Dr., Ste. 250
Frisco, TX 75033

**Defendant: Realty Austin, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
3801 N Capital of Texas Hwy
Austin, TX 78746

**Defendant: ATX Wir LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
3307 Northland Dr
Austin, TX 78731-8946

**Defendant: The Michael Group LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
10300 N Central Expy 220
Dallas, Texas, 75231

4813-3979-6524.v1

4813-3979-6524.v1

**Defendant: Square MB, LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
6400 Imperial Dr
Waco, Texas 76712

**Defendant: Mark Anthony Dimas**
E.D. Texas, No. 4:23-cv-01104-SDJ
16700 Huffmeister Rd
Cypress, TX 77429

**Defendant: Greenwood King Properties II, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
1616 S Voss Rd Ste 900
Houston, Texas, 77057

**Defendant: Turner Mangum LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
15010 FM 2100 Rd
Crosby, TX, 77532-9132

**Defendant: Moreland Properties, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
3825 Lake Austin Blvd #501
Austin, TX 78703

**Defendant: Real Agent LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
13785 Research Blvd. Suite 125
Austin, TX 78750

**Defendant: RFT Enterprises, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ 640
N Carroll Ave Ste 100
Southlake, TX 76092

**Defendant: ATC Metro Properties, Inc.**
E.D. Texas, No. 4:23-cv-01104-SDJ
26 S Coria St Ste C2
Brownsville, Texas, 78520

4813-3979-6524.v1

**Defendant: MJHM LLC**
E.D. Texas, No. 4:23-cv-01104-SDJ
19315 FM 2252 Suite 155
Garden Ridge, TX 78266

Respectfully submitted,

/s/ Michael Sibarium
Michael Sibarium
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone: (202) 663-9202
michael.sibarium@pillsburylaw.com
**Counsel for Defendants Engel & Völkers**
**Americas, Inc. and Engel & Völkers New York**
**Real Estate LLC**