BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITGATION

| | |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | MDL Docket No. 3100 |

**DEFENDANTS MARIN ASSOCIATION OF REALTORS® AND NORTH BAY ASSOCIATION OF REALTORS® JOINDER IN THE RESPONSE OF DEFENDANT NATIONAL ASSOCIATION OF REALTORS® IN SUPPORT OF TRANSFER OF ACTIONS TO NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED OR <u>CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407</u>**

January 26, 2024

**MORRISON & FOERSTER LLP**

Bonnie Lau
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.6511
Facsimile: 415.268.7522

*Attorney for Defendants*
Marin Association of REALTORS®
North Bay Association of REALTORS®

Defendants Marin Association of REALTORS® ("MAR") and North Bay Association of RALTORS® ("NBAR") hereby join the Response of Defendant National Association of REALTORS® ("NAR") In Support of Transfer of Actions to Northern District of Illinois For Coordinated and Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407.  (Dkt. 196.)  For all of the reasons set forth in NAR's Response, and to avoid duplication of effort and promote judicial efficiency, MAR and NBAR respectfully request that all pending related actions be consolidated and centralized in the Northern District of Illinois.  In the alternative, MAR and NBAR would not oppose centralization and transfer to the Eastern District of Texas.

Dated:  January 26, 2024

Respectfully submitted,

**MORRISON & FOERSTER LLP**

By:  */s/ Bonne Lau*
 **BONNIE LAU**

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.6511
Facsimile: 415.268.7522

*Attorneys for Defendants*
Marin Association of REALTORS®
North Bay Association of REALTORS®

1