BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REAL ESTATE COMMISSION ANTITRUST LITIGATION | MDL No. 3100 |

**JOINDER IN RESPONSE IN SUPPORT OF TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

For the reasons set forth in Defendant National Association of Realtors's Response in Support of Transfer of Actions to The Northern District of Illinois for Coordinated or Consolidated Pretrial Proceedings (Dkt. 196), Defendants Weichert, Realtors, Realty ONE Group, Inc., HomeSmart International, LLC, HomeSmart Holdings, Inc., PalmerHouse Properties, LLC, and Solid Source Realty, Inc. respectfully submit that all related actions (*see* 196-1) should be transferred to the United States District Court for the Northern District of Illinois, or, in the alternative, the Eastern District of Texas, for coordinated and/or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Dated: January 26, 2024                               Respectfully submitted,

**VINSON & ELKINS LLP**

/s/ Dylan I. Ballard
Michael W. Scarborough
Dylan I. Ballard
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes
Stephen M. Medlock
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

*Counsel for Defendant Weichert, Realtors*
MOW/4:23-cv-00788, MOW/4:23-cv-00945


**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

/s/ Leo D. Caseria (w/permission)
Leo D. Caseria
2099 Pennsylvania Ave., NW, Suite 100
Washington, D.C. 20006-6801
Tel: (202) 747-1901
lcaseria@sheppardmullin.com

*Counsel for Defendant Realty ONE Group, Inc.*
CAN/4:23-cv-06352, MOW/4:23-cv-00945


**FREEMAN MATHIS & GARY, LLP**

/s/ Scott Eric Anderson (w/permission)
Scott Eric Anderson
100 Galleria Parkway, Suite 1600

Atlanta, Georgia 30339-5948
Tel: (770) 818-0000
scott.anderson@fmglaw.com

*Counsel for HomeSmart International, LLC, HomeSmart Holdings, Inc., PalmerHouse Properties, LLC, and Solid Source Realty, Inc., MOW/ 4:23-cv-00945, GAN/ 1:23-cv-05392*