BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Real Estate Commission Antitrust Litigation | § § § § | MDL No. 3100 |

## TEXAS DEFENDANTS' REQUEST FOR ORAL ARGUMENTS

Pursuant to Rule 11.1(b) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("the Panel"), the undersigned counsel for Defendants Houston Association of Realtors®, Inc. and Houston Realtors® Information Service, Inc. herby submits this request for oral arguments on behalf of the "Texas Defendants," [1] which have submitted the *Texas Defendants' Response in Opposition to Missouri Plaintiffs' Motion for Transfer of Action to the Western District of Missouri Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings* [MDL ECF No. 268]. In making this request for oral arguments, the Texas Defendants incorporate by reference the HomeServices-related Defendants' oral argument statement, *see* MDL ECF No. 252, which sets out the reasons why oral arguments will be helpful

---

[1] The Texas Defendants joining in this *Request for Oral Arguments*, in alphabetical order, ATX WIR LLC; Austin Board of Realtors®; Austin/Central Texas Realty Information Service; Central Texas Multiple Listing Service, Inc.; CitiQuest Properties, Inc.; DMTX, LLC; DSJMM, LLC; Fathom Realty, LLC; Fort Hood Area Association of Realtors®, Inc.; Four Rivers Association of Realtors®, Inc.; Greater El Paso Association of Realtors®; Greater Fort Worth Association of Realtors®, Inc.; Greenwood King Properties II, Inc.; Hexagon Group, LLC; Heyl Group Holdings LLC; Houston Association of Realtors®, Inc.; Houston Realtors® Information Service, Inc.; JP Piccinini Real Estate Services, LLC d/b/a JPA; Keller Willis San Antonio, Inc.; Mark Anthony Dimas; MetroTex Association of Realtors®, Inc.; MJHM LLC; Moreland Properties, Inc.; North Texas Real Estate Information Systems, Inc.; PenFed Realty, LLC; Real Agent LLC; Realty Austin, LLC; RFT Enterprises, Inc.; San Antonio Board of Realtors®, Inc.; San Antonio Legacy Group, LLC; Side, Inc.; Square MB, LLC; Team Burns, LLC d/b/a Monument Realty; Temple-Belton Board of Realtors®, Inc.; Texas Association of Realtors®, Inc.; The Loken Group, Inc.; Turner Mangum LLC; Victoria Area Association of Realtors®, Inc.; and Williamson County Association of Realtors®, Inc.

**Texas Defendants' Request for Oral Arguments** – Page 1

to the Panel in considering all of the various positions that have been presented in the large number of filings in this matter.

Dated: January 26, 2024.

Respectfully submitted,

*/s/ Bradley C. Weber*
Bradley C. Weber
Texas Bar No. 21042470
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: 214-740-8497
Fax: 214-756-8497

*Attorney for Defendant Houston Association of Realtors®, Inc. and Houston Realtors® Information Service, Inc.*