# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Real Estate Commission Litigation** | **MDL No. 3100** |

This document relates to: *March v. REBNY et al.*,
Case No. 1: 23- cv-09995-JGLC-RWL, In the United States District Court for the Southern District of New York

## BRIEF BY DEFENDANT SERHANT LLC IN OPPOSITION TO PLAINTIFFS' MOTION FOR TRANSFER TO THE WESTERN DISTRICT OF MISSOURI PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

LIEB AT LAW, P.C.
308 W. Main Street, Ste. 100
Smithtown, NY 11787
Tel: (646) 216-8009

*Counsel*:  Cheryl L. Berger
            Andrew M. Lieb

*Attorneys for Defendant Serhant LLC*

Defendant Serhant LLC ("Serhant") respectfully submits this brief in opposition to the Motion of Plaintiffs for Transfer of Actions to the Western District of Missouri Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (Dkt. 1). Serhant opposes the request by movants to centralize various actions involving claims of anti-competitive conduct in the Western District of Missouri, including the only two actions which name Serhant as a defendant: *March v. Real Estate Board of New York*, Case No. 1:23-cv-09995-JGLC, and *Freidman v. Real Estate Board of New York, Inc., et al.*, Case No. 1:24-cv-00405.

Serhant respectfully joins in, incorporates, and adopts the arguments made by the defendants in the *March* and *Friedman* cases opposing the Motion.[1]

Serhant respectfully requests that, for the reasons set forth more fully in the briefs in opposition to the transfer motion by the *March* and *Friedman* defendants, the motion be denied. Serhant also respectfully requests that this Panel deny any request to transfer any later-filed litigation involving Serhant. Serhant also requests that, in the event of a transfer, the Panel deny the request for the Western District of Missouri.

As a threshold matter, defendant Serhant is not a named party in any of the actions that are the subject of the transfer motion except for *March v* and *Freidman*, two New York cases pending in the Southern District of New York. Further, movants do not and cannot allege a basis to haul Serhant away from New York and into the courts of Missouri (or Texas or Illinois or California). Movants do not and cannot allege that Serhant conducts business in those states or otherwise has minimum contacts there. Serhant is principally based in New York, and the

---

[1] Serhant expressly reserves its rights to raise any and all defenses, including jurisdictional arguments and any and all other grounds for dismissal.

1

alleged conduct giving rise to the claims in the *March* and *Friedman* cases allegedly occurred exclusively in New York.

Serhant concurs that the motion seeking centralization of the *March* and *Friedman* cases should be denied because the movants fail to satisfy the requirements for transfer pursuant to 28 U.S.C.A. §1407. As more fully set forth in the individual briefs in opposition by the *March* and *Friedman* defendants, and as Serhant agrees, (i) the *March* and *Friedman* cases do not involve common questions of fact with the cases pending in the different districts; (ii) transfers of the *March* and *Friedman* cases will only inconvenience the parties and witnesses; and (iii) transfers of the *March* and *Friedman* cases will <u>not</u> promote the just and efficient conduct of such actions.

Serhant also joins in, incorporates, adopts, and concurs with the arguments made by the *March* and *Friedman* defendants that, in the event the cases are transferred, Missouri is not an appropriate forum, particularly where, as here, movants are forum shopping.

## **CONCLUSION**

For the foregoing reasons, defendant SERHANT LLC respectfully request that Plaintiffs' motion to transfer pursuant to 28 U.S.C. § 1407 is denied with respect to *March, Friedman*, and any later-filed litigation involving SERHANT LLC, and that the Panel grant SERHANT LLC such other and further relief as may be just, proper, and equitable.

Dated: January 26, 2024

                                              LIEB AT LAW, P.C.
                                              *Attorneys for Serhant LLC*

                                              By:   /s/ *Cheryl L. Berger*
                                                         Cheryl L. Berger
                                                         Andrew M. Lieb
                                              308 W. Main Street, St., Suite 100
                                              Smithtown, New York 11781
                                              Tel: (646) 216-8009