**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: REAL ESTATE COMMISSION LITIGATION** | **MDL No. 3100** |

**INTERESTED PARTY PLAINTIFF JOSEPH MASIELLO'S INTERESTED
PARTY RESPONSE IN SUPPORT OF TRANSFER AND CONSOLIDATION
OF RELATED ACTIONS TO THE WESTERN DISTRICT OF MISSOURI
PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Judicial Panel on Multidistrict Litigation ("JPML") Rule 6.2, Interested Party Plaintiff Joseph Masiello, Plaintiff in *Masiello v. Arizona Association of Realtors, et al.*, Case No. 2:24-cv-00045 (D. Az.), hereby joins and adopts by reference the Brief in support of Plaintiffs *Gibson* and *Umpa's* Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 (ECF No. 1-1) (hereinafter, "Motion to Transfer").

Plaintiff Masiello filed his case in the District of Arizona on January 5, 2024. On January 23, 2024, Defendants filed a Response in Support of Transfer of Actions to the Northern District of Illinois for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (ECF No. 196) as well as a Notice of Related Actions (ECF No. 197), notifying the Panel of the *Masiello* action, along with nine other Related Actions. *Masiello* is currently pending in the District of Arizona before The Honorable Michael T. Liburdi.

Plaintiff Masiello respectfully submits that centralization before the Honorable Stephen R. Bough in United States District Court for the Western District of Missouri is the most appropriate transferee forum for purposes of consolidated pretrial proceedings given that: 1) Judge Bough is experienced with these cases, having presided over the recent trial in a similar action, *Burnett v. NAR*, 4:19-cv-00332; 2) the Western District of Missouri is home to the first

1

filed action proposed for consolidation; and 3) the Western District of Missouri is conveniently located for this nationwide litigation where plaintiffs and defendants are located across the country.

The Honorable Stephen R. Bough is uniquely experienced to oversee these pretrial proceedings, as he has experience presiding over multidistrict litigations, including *Burnett v. NAR*, 4:19-cv-00332, a case factually and legally similar to the present litigation. This Court has previously assigned multidistrict litigation dockets to judges experienced in MDL litigations as well as judges experienced with the specifics of the pending litigation. *See In re: Armodafinil Patent Litigation*, 755 F. Supp. 2d 1359, 1360 (J.P.M.L. 2010) (assigning a patent litigation to "an experienced transferee judge who has particular experience with MDL patent litigation[.]"); *In re Katz Interactive Call Processing Patent Litigation*, 481 F. Supp. 2d 1353, 1356 (J.P.M.L. 2007) (assigning litigation to a judge with prior judicial experience of some of the patents involved in the pending docket).

Additionally, the Western District of Missouri is the forum where the first filed action was proposed for consolidation.[1] *See In re Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation*, 568 F. Supp. 3d 1412, (J.P.M.L. 2021) (transferring cases to the district court where the first-filed case was pending); *In re Smith & Nephew BHR & R3 Hip Implant Products Liability Litigation*, 249 F. Supp. 1348, 1352 (J.P.M.L. 2017) (transferring litigation to the district where two actions on the transfer motion, including the first-filed, were pending); *In re Interest Rate Swaps Antitrust Litigation*, 190 F. Supp. 3d 1364, 1366 (J.P.M.L. 2016).

---

[1] *Gibson v. Nat'l Ass'n of Realtors*, Case No. 4:23-cv-788-SRB (W.D. Mo.) was filed on October 31, 2023.

Furthermore, the first filed case and one additional case are already pending in the Western District of Missouri.[2] Courts often transfer related actions filed in multiple districts to the forum where the first case was filed. *See In re Smith & Nephew BHR & R3 Hip Implant Products Liability Litigation*, 249 F. Supp. 1348, 1352 (J.P.M.L. 2017) (transferring litigation to the district where two actions on the transfer motion, including the first-filed, were pending); *In re Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL No. 3089, 2023 WL 8538831 (J.P.M.L. Dec. 6, 2023) (transferring to the district where two actions, and three potential tag-along actions, were pending.)

Finally, the Western District of Missouri is the most appropriate forum as it is centrally and conveniently located, making it easily accessible for all parties in this nationwide litigation. *See In re Smitty's/CAM2 303 Tractor Hydraulic Fluid Marketing, Sales Practices and Products Liability Litigation*, 466 F.Supp.3d 1380, 1382 (J.P.M.L. 2020) (transferring litigation to Judge Bough in the Western District of Missouri because the court is "centrally located and easily accessible[.]"); *In re Celexa and Lexapro Products Liability Litigation*, 416 F. Supp. 2d 1361, 1363 (J.P.M.L. 2006) (centralizing litigation in the Eastern District of Missouri because, in part, it is "sitting in a centrally located district[.]"); *See e.g. In re Chrysler Pacifica Fire Recall Products Liability Litigation*, 619 F.Supp.3d 1349, 1351 (J.P.M.L. 2022).

Accordingly, if the Panel decides that transfer and coordination of the Related Actions is appropriate under 28 U.S.C. § 1407, Plaintiff Masiello respectfully requests that the Panel transfer the Related Actions to the Western District of Missouri before the Honorable Stephen R. Bough for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

---

[2] *Gibson v. Nat'l Ass'n of Realtors*, Case No. 4:23-cv-788-SRB (W.D. Mo.) and *Umpa v. National Association of Realtors*, Case No. 4:23-cv-00945-SRB (W.D. Mo.).

Respectfully submitted,

**ZIMMERMAN REED LLP**

Dated: January 26, 2024            By:   /s/ Hart Robinovitch
                                        Hart L. Robinovitch (AZ #020910)
                                        Ryan J. Ellersick (AZ #038805)
                                        14648 N. Scottsdale Road, Suite 130
                                        Scottsdale, AZ 85254
                                        Telephone: (480) 348-6400
                                        hart.robinovitch@zimmreed.com
                                        ryan.ellersick@zimmreed.com


                                        David M. Cialkowski
                                        **ZIMMERMAN REED LLP**
                                        80 S 8th Street, 1100 IDS Center
                                        Minneapolis, MN 55402
                                        Telephone: (612) 341-0400
                                        Facsimile: (612) 341-0844
                                        david.cialkowski@zimmreed.com


                                        Daniel E. Gustafson
                                        Daniel C. Hedlund
                                        Daniel J. Nordin
                                        Mary M. Nikolai
                                        **GUSTAFSON GLUEK PLLC**
                                        Canadian Pacific Plaza
                                        120 South Sixth Street, Suite 2600
                                        Minneapolis, MN 55402
                                        Telephone: (612) 333-8844
                                        Facsimile: (612) 339-6622
                                        dgustafson@gustafsongluek.com
                                        dhedlund@gustafsongluek.com
                                        dnordin@gustafsongluek.com
                                        mnikolai@gustafsongluek.com


                                        *Attorneys for Plaintiff Joseph Masiello*