BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: REAL ESTATE COMMISSION ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) | MDL. No. 3100 |

## WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 11.1(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel), the undersigned counsel for Defendant West Penn Multi-List, Inc. hereby submits this oral argument statement outlining the reasons why oral argument should be heard on the pending Motion to Transfer Related Actions Pursuant to 28 U.S.C. § 1407 (the "motion") and any responses to the same.

*First,* oral argument will allow the Panel to weigh, in real time, the parties' numerous competing positions regarding whether consolidation of these actions will promote justice and efficiency and, if the Panel determines that an MDL is appropriate, the best transferee venue. Considering the volume of filings and number of different positions the parties have taken on these issues, oral argument will ensure that all positions are presented and addressed by the Panel. More specifically, oral argument will allow counsel to further articulate their positions on the prejudice, inefficiencies, and burden that consolidation would present in a matter than involves more than 100 disparate defendants and many localized issues. Perhaps most

importantly, oral argument will provide the parties the opportunity to address the Panel's questions in that regard and clarify their relative positions as needed.

*Second,* oral argument will allow the parties and Panel to explore better alternatives than centralization, for example consolidation of certain cases filed in the same venue, or informal coordination across venues.

And *third,* oral argument will allow the parties and Panel to discuss in real time whether certain cases that do not fit within the "mold" of the NAR-related cases, like the *Spring Way* case, should be excluded from any transfer order.

For all of these reasons, oral argument would be beneficial and is warranted.

Dated: January 26, 2024                                          */s/ Wendelynne J. Newton*

Wendelynne J. Newton
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
Telephone (412)-562-8932
Facsimile (412) 562-1041
wendelynne.newton@bipc.com