...

...

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE: REAL ESTATE COMMISSION    :
ANTITRUST LITIGATION
                                 :   MDL Docket No. 3100
This document relates to: March v. REBNY et al.,
Case No. 1:23-cv-09995-JGLC-RWL (S.D.N.Y.)   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT SLOANE SQUARE LLC'S RESPONSE IN OPPOSITION TO
MOTION FOR CENTRALIZATION AND TRANSFER OF ACTIONS
PURSUANT TO 28 U.S.C. § 1407**

Sloane Square LLC ("Sloane Square") joins in the "Brief in Opposition to Plaintiffs' Motion for Transfer to the Western District of Missouri Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings" filed by Defendant the Real Estate Board of New York, Inc. and the REBNY Residential Listing Service at Dkt. No. 266 ("REBNY's Opposition"). Specifically, Sloane Square incorporates all arguments raised in REBNY's Opposition, except for those that pertain exclusively to Friedman v. REBNY, Inc., et al., Civil Action No. 1:24-cv-00405 (S.D.N.Y. Jan. 18, 2024)—a case in which Sloane Square is not a party.[1]

For the reasons set forth in REBNY's Opposition, Sloane Square respectfully requests that the United States Judicial Panel on Multidistrict Litigation deny Plaintiffs' Motion for Transfer Pursuant to 28 U.S.C. § 1407 (Dkt. No. 1).[2]

---

[1] The Friedman case concerns property in Brooklyn, New York (see Dkt. No. 257 at 2; Dkt. No. 266 at 4) and all of Sloane Square's listings are in Manhattan.

[2] Nothing herein shall be deemed an admission or waiver of any defense, including any jurisdictional defense, in any current or future actions involving Sloane Square.

Dated: New York, New York
January 26, 2024

Respectfully submitted,

_Rebecca Rosenthal_
Rebecca Rosenthal
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
rr@pwlawyers.com

*Counsel for Defendant
Sloane Square LLC*