**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: REAL ESTATE COMMISSION ANTITRUST LITIGATION | MDL No. 3100 |

**PLAINTIFF JAMES TUCCORI'S INTERESTED PARTY RESPONSE
TO *GIBSON* AND *UMPA* PLAINTIFFS' MOTION FOR TRANSFER
AND CENTRALIZATION PURSUANT TO 28 U.S.C. § 1407**

Pursuant to Rule 6.2(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff James Tuccori (hereinafter "Plaintiff"), the named plaintiff in the action captioned *Tuccori v. At World Properties, LLC*, No. 1:24-cv-00150 (N.D. Ill.) pending in the Northern District of Illinois, files this Interested Party Response to the *Gibson* and *Umpa* Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 (ECF No. 1, the "Motion to Transfer").

Plaintiff filed the *Tuccori* action on December 8, 2023, prior to the filing of the Motion to Transfer. *Tuccori* was not cited in the Motion to Transfer nor listed in the *Gibson* and *Umpa* Plaintiffs' Schedule of Actions, but *Tuccori* has been identified as a potential related action by Defendant National Association of REALTORS® ("NAR") (ECF No. 196). Plaintiff disagrees with NAR's characterization of the facts, but in the interest of brevity, Plaintiff will not repeat or rehash the allegations in his complaint and the facts that have already been presented to the Panel.

However, Plaintiff wishes to emphasize that *Tuccori* appears to be distinct from many if not all of the other cases identified in the Motion to Transfer. The *Tuccori* action names a single party defendant and involves a primarily regional, Illinois-centered controversy: Plaintiff Tuccori is an Illinois resident, asserting claims against an Illinois entity headquartered in Illinois, and Plaintiff's claims arise out of a transaction that occurred in Illinois. Accordingly, Plaintiff

- 1 -

maintains that the most appropriate forum for the adjudication of the *Tuccori* action is the one in which it was filed.

Nonetheless, in the event the Panel elects to grant the request for centralization here and *Tuccori* is included in an MDL, Plaintiff would not oppose centralization in either the Northern District of Illinois before Judge Andrea Wood (ECF No. 196 at 13-18) or the Western District of Missouri before Judge Stephen R. Bough (ECF No. 1-1 at 10-13).

| | |
|---|---|
| Dated: January 26, 2024 | Respectfully submitted, |
| | JAMES TUCCORI |
| | By: */s/ Paul T. Geske* |
| | One of Plaintiff's attorneys |
| | Evan Meyers |
| | Paul T. Geske |
| | Brendan Duffner |
| | MCGUIRE LAW, P.C. |
| | 55 W. Wacker Dr., 9th Fl. |
| | Chicago, Illinois 60601 |
| | Tel: (312) 893-7002 |
| | Fax: (312) 275-7895 |
| | emeyers@mcgpc.com |
| | pgeske@mcgpc.com |
| | bduffner@mcgpc.com |
| | *Counsel for Plaintiff James Tuccori* |