BEFORE THE UNITED STATED JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REAL ESTATE COMMISSION LITIGATION | MDL No. 3100 |

**DEFENDANT MODLIN GROUP, LLC'S RESPONSE
IN OPPOSITION TO MOTION FOR CENTRALIZATION
AND TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407**

MINTZ & GOLD LLP
Barry M. Kazan
600 Third Avenue, 25th Floor
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
kazan@mintzandgold.com

*Attorneys for Modlin Group LLC*

Defendant Modlin Group LLC ("Modlin"), by and through its undersigned attorneys, hereby submits this response in opposition to Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 (the "Motion").

## RESPONSE IN OPPOSITION

On December 27, 2023, the Plaintiffs in *Gibson et al. v. National Association of Realtors et al.*, 4:23-cv-7822-SRB (W.D. Mo.) and *Umpa v. Nat'l Ass'n of Realtors*, 4:23-cv-945 (W.D. Mo.) filed a motion seeking to centralize actions against various defendants in the Western District of Missouri. (MDL Dkt. No. 1). The Moving Plaintiffs argue that each of the actions allege similar anti-competitive conduct amongst brokerage firms arising from certain rules by the National Association of Realtors (NAR) and Multiple Listing Services (MLSs) governing broker commissions.

Modlin is a named defendant in only <u>one</u> of the actions that is the subject of the Motion. The single action in which Modlin is a defendant relates to The Real Estate Board of New York, Inc. ("REBNY") and The REBNY Listing Service ("RLS") and is currently pending in the Southern District of New York. *See March v. REBNY, et al.*, 23-cv-09995 (S.D.N.Y. Nov. 13, 2023) (the "*March* Action"). The *March* action deals exclusively with sales in the Borough of Manhattan in New York City and purports to represent a putative class of plaintiffs whose members "sold Manhattan residential real estate and paid a … commission ***in accordance with the Real Estate Board of New York Listing Service Universal Co-Brokerage Rules and Regulations*** since November 8, 2019 to the present." (March Complaint at Par.112 (emphasis added). (MDL Dkt. No. 1-8).

Modlin opposes the Motion and joins, incorporates, and adopts the arguments and reasoning as they apply to the *March* Action as set forth in: (1) REBNY and RLS's Brief in

Opposition to the Motion dated January 26, 2024 (MDL Dkt. No. 266; NYS Dkt. No. 80); (2) the Response Brief of Core Group Marketing LLC in Opposition to the Motion dated January 26, 2024 (MDL Dkt. No. 276; NYS Dkt. No. 83); (3) the Response of Engel & Völkers New York Real Estate LLC in Opposition to the Motion dated January 26, 2024 (MDL Dkt. 272; NYS Dkt. No. 82); and (4) Keller Williams, NYC LLC's Brief in Opposition to the Motion (MDL Dkt. 299; NYS Dkt. No. 96).

## CONCLUSION

For the foregoing reasons, Modlin respectfully requests that the Panel deny Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 and grant such other and further relief as may be appropriate.

Dated: New York, NY
January 26, 2024

MINTZ & GOLD LLP

*/s/ Barry M. Kazan*
Barry M. Kazan
600 Third Avenue, 25th Floor
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
kazan@mintzandgold.com

*Attorneys for Modlin Group LLC*

2