**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

---

In Re: Real Estate Commission Litigation                                    MDL No. 3100

This document relates to: *March v. REBNY et al.*,
CASE NO. 1:23-cv-09995-JGLC-RWL,
In the United States District Court for the Southern District of New York

---

**OXFORD PROPERTY GROUP LLC'S RESPONSE IN
OPPOSITION TO PLAINTIFFS' MOTION FOR TRANSFER TO THE
WESTERN DISTRICT OF MISSOURI PURSUANT TO 28 U.S.C. § 1407
FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS AND
JOINDER IN THE REAL ESTATE BOARD OF NEW YORK, INC.'S ("REBNY") AND
THE REBNY RESIDENTIAL LISTING SERVICE'S ("RLS") BRIEF IN OPPOSITION
TO PLAINTIFFS' MOTION FOR TRANSFER TO THE WESTERN DISTRICT OF
MISSOURI PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to the Panel's directive, on January 5, 2024 (ECF No. 4), that "the parties should address what steps they have taken to pursue alternatives to centralization," OXFORD PROPERTY GROUP LLC respectfully sets forth that it conferred with Plaintiff's counsel in *March v. REBNY et al.*, Case No. 1:23-cv- 09995-JGLC-RWL, in the United States District Court for the Southern District of New York (the "SDNY Action"), and was dismissed from that action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), exciting the litigation.

To the extent, however, that any response would be required, OXFORD PROPERTY GROUP LLC joins in the Response of REBNY and RLS, *i.e.*, ECF Doc. No. 266, on the basis that everything that could be argued for REBNY and RLS, including the argument that the SDNY Action only concerns the market of Manhattan, is doubly appropriate for OXFORD PROPERTY GROUP LLC, as it is not even a member of REBNY nor the listing service, and as it is no longer even a party to the SDNY action. *See* **EXHIBIT A** at ¶ 4, *cf.* **EXHIBIT A** at ¶ 39; **EXHIBIT B**; DECLARATION OF J.D. HERNANDEZ at ¶ 39; ECF Doc. No. 266-1 at ¶ 5.

1

Dated: January 26, 2024

      */s/ J.D. Hernandez*
      By: J.D. HERNANDEZ
      *Of Counsel,*
      LAW OFFICES OF ANATTA LEVINSKY, P.C.
      6924 Bay Parkway
      Brooklyn, N.Y. 11204
      Tel.: (929) 627-4706
      Fax: (718) 837-5555

**Counsel for Oxford Property Group LLC,** A PARTY DISMISSED PURSUANT TO FED. R. CIV. P. **41(A)(1)(A)(I) FROM** S.D.N.Y., Civ. A. No. 1:23-cv-09995, (*See* ECF DOC. NO. 134 THEREOF, *annexed as* **EXHIBIT B**).