**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: REAL ESTATE COMMISSION ANTITRUST LITIGATION | MDL No. 3100 |

**JOINDER OF WHALEY CLASS PLAINTIFFS (NEVADA) TO THE LEGAL ARGUMENTS SET FORTH IN THE HOMESERVICES DEFENDANTS' BRIEF IN OPPOSITION TO MOTION FOR TRANSFER AND <u>CENTRALIZATION</u>**

Plaintiff, Nathaniel Whaley ("**Whaley**"), hereby submits this joinder, on behalf of himself and on behalf of the plaintiff classes (the "**Nevada Classes**") consisting of all persons who listed properties on one of the Multiple Listing Services (the "**Subject MLS**") and paid a buyer broker commission from at least January 15, 2020 until the Present (the "**Subject MLS Class Period**") and that are referenced in that certain amended complaint (attached hereto as <u>Exhibit 1</u>) (the "**Whaley Amended Complaint**") in that certain civil action styled *Whaley v. National Association of Realtors, et al.* currently pending before the United States District Court for the District of Nevada, Case No. 2:24-cv-00105-GMN-MDC (the "**Nevada Whaley Class Action**") to the legal arguments set forth in *The HomeServices Defendants' Brief in Opposition to Motion for Transfer and Centralization* (ECF No. 251) the "**HomeServices Opposition**").

Whaley joins the legal arguments against transfer and centralization set forth in the HomeServices Opposition. As the Panel can plainly see from even a cursory

review of the Whaley Amended Complaint, the Nevada Whaley Class Action involves localized issues of Nevada law and names local defendants that are not named in other litigations.  Transfer and centralization will <u>not</u> promote the just and efficient disposition of the Nevada Whaley Class Action; rather, Whaley respectfully submits that transfer and centralization will increase the cost and expense of litigating the Nevada Whaley Class Action, will not be convenient for the parties and witnesses in the Nevada Whaley Class Action, and will not promote the just and efficient resolution of the Nevada Whaley Class Action.

For these reasons, as well as the legal arguments set forth in the HomeServices Opposition, Whaley respectfully submits that the motion seeking transfer and centralization be denied.

DATED: January 26, 2024.

BEN'S LAW

By:  */s/ Stefany "Miley" Tewell*
Stefany "Miley" Tewell, Esq.
Nevada Bar No. 6144
Ben Lehavi, Esq.
Nevada Bar No. 14564
5940 South Rainbow Boulevard
Las Vegas, Nevada  89118
Telephone: (702) 518-9236

*Attorneys for Plaintiff and the Class - Member Case No. NV/2:2024cv105 - Whaley v. National Association of Realtors, et al.*