BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
------------------------------ X

In Re: Real Estate Commission Antitrust Litigation     MDL No. 3100

------------------------------ X

## **WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned withdraws as counsel for Defendant, Level Group Inc., in the above entitled action.

Dated:    Uniondale, New York
          February 2, 2024

                           RUSKIN MOSCOU FALTISCHEK, P.C.

             By:   */s/ Ross J. Kartez*
                    Ross J. Kartez, Esq.
                    1425 RXR Plaza
                    East Tower, 15th Floor
                    Uniondale, New York 11556
                    (516) 663-6600
                    rkartez@rmfpc.com