# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| In re: Real Estate Commission Antitrust | ) | MDL. No. 3100 |
| Litigation | ) | |
| | ) | |
| | ) | |

## ERRATA

PLEASE TAKE NOTICE that, at the direction of the Clerk's office, the undersigned hereby files a revised Response to Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 correcting the caption of the previously filed and served ECF 265 from "In re: Real Estate Commission Litigation" to "In re: Real Estate Commission Antitrust Litigation."

Dated:  February 2, 2024

Respectfully submitted,

*/s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street,18th Floor
Los Angeles, California 90071
Tel.: (213) 430-6000
Fax: (213) 430-6407
smcintyre@omm.com

*Attorneys for Defendants The Real Brokerage Inc. and Real Broker, LLC*

1