BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) ) ) ) ) MDL. No. 3100 |

**RESPONSE OF DEFENDANTS THE REAL BROKERAGE INC. AND REAL BROKER, LLC TO PLAINTIFFS' MOTION FOR TRANSFER AND CENTRALIZATION PURSUANT TO 28 U.S.C. § 1407**

Defendants The Real Brokerage Inc. and Real Broker, LLC (together, the "REAL Defendants") take no position on centralization of the nine actions identified in Movants' motion (the "Actions"). If the Panel decides that centralization is warranted, the REAL Defendants respectfully submit that the Actions should be transferred to the United States District Court for the Northern District of Illinois, or, in the alternative, the Eastern District of Texas, for the reasons set forth in defendant National Association of Realtors' response (Dkt. No. 196).

Dated: February 2, 2024

Respectfully submitted,

*/s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Tel.: (213) 430-6000
Fax: (213) 430-6407
smcintyre@omm.com

*Attorneys for Defendants The Real Brokerage Inc. and Real Broker, LLC*

1