BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | MDL No. 3100 |

**INTERESTED PARTY REPLY OF PLAINTIFFS JENNIFER NOSALEK, RANDY HIRSCHORN AND TRACEY HIRSCHORN TO *GIBSON* AND *UMPA* PLAINTIFFS' MOTION FOR TRANSFER AND CENTRALIZATION**

Pursuant to Rule 6.2(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Jennifer Nosalek, Randy Hirschorn, and Tracey Hirschorn ("Plaintiffs"), the named Plaintiffs in the action captioned *Nosalek v. MLS PIN et al.*, No. 20-cv-12244-PBS (D. Mass.), pending in the District of Massachusetts, file this Interested Party Response to the *Gibson* and *Umpa* Plaintiffs' Motion to Transfer [ECF Nos. 1 and 2].

Plaintiffs filed the *Nosalek* action on December 16, 2020, prior to the filing of the Motion to Transfer. In their Complaint, Plaintiffs brought claims against four broker defendants and also against MLS Property Information Network, Inc. ("MLS PIN"), the regional electronic database for residential real estate being offered for sale.

On June 30, 2023, Plaintiffs signed a settlement agreement with MLS PIN and moved for preliminary approval of that settlement (*see* [*Nosalek* ECF No. 192]). Plaintiffs have not resolved their claims as to the four broker defendants. The Massachusetts District Court granted preliminary approval to the MLS PIN settlement on September 7, 2023 (*see* [*Nosalek* ECF No. 227]). Final approval proceedings remain ongoing in Massachusetts.

*Nosalek* was not cited in the Motion to Transfer, and was not listed in the *Gibson* and *Umpa* Plaintiffs' Schedule of Actions. *See* [ECF Nos. 1 and 2], and so the *Nosalek* Plaintiffs did not file a response to the Motion to Transfer. However, *Nosalek* has now been identified as a

potential related action in responses supporting transfer filed by defendants National Association of Realtors ("NAR") [ECF No. 295 at 7, 9-11] and Redfin Corporation [ECF No. 294 at 3 n.3], as well as by plaintiff Joseph Masiello [ECF No. 286-1 at 7].[1]

The *Nosalek* Plaintiffs take no position on transfer of their claims against the broker defendants. However, Plaintiffs respectfully submit that this Panel should ***not*** transfer the MLS PIN portion of the *Nosalek* case. The Massachusetts Court has already preliminarily approved a settlement with MLS PIN, which settlement is proceeding through the Final Approval process. As a result, there are no efficiencies to be gained by transferring Plaintiffs' case against MLS PIN. Indeed, given the pending settlement, there are no pretrial proceedings to consolidate ***at all***, and thus no coordination benefits to such a transfer. Rather than promoting expedient resolution, transferring Plaintiff's preliminarily settled claims against MLS PIN will only needlessly prolong that component of the *Nosalek* litigation, while also introducing irrelevant and advanced settlement proceedings (with the attendant potential delays) into the MDL process.

Accordingly, should this Panel transfer the *Nosalek* action generally, Plaintiffs at least request that this Panel simultaneously separate and remand to the District of Massachusetts Plaintiffs' claims against MLS PIN. *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626, ECF No. 256 (June 5, 2019), at 2 (transferring action but ordering that certain claims be "separated and simultaneously remanded" because "transferring the entire [disputed] action" would raise additional issues "that could unduly prolong the MDL proceedings").

---

[1] In addition, defendants Marin Association of Realtors and Weichert Realtors both join the NAR's filing. *See* [ECF Nos. 261 and 271].

Dated: February 2, 2024                    Respectfully submitted,

                         /s/ Seth R. Klein
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com

James Gotz (MA Bar #567157)
HAUSFELD LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Christopher L. Lebsock (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

Jose Roman Lavergne (*pro hac vice*)
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jlavergne@hausfeld.com

***Attorneys for Plaintiffs in Nosalek v. MLS PIN***