**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| In re: Real Estate Commission Antitrust Litigation | ) | MDL. No. 3100 |
| | ) | |
| | ) | |
| | ) | |

**ERRATA**

PLEASE TAKE NOTICE that, at the direction of the Clerk's office, the undersigned hereby files a revised first page correcting the caption title of the previously filed and served: Response of Defendant eXp World Holdings, Inc. and eXp Realty, LLC to *Gibson/Umpa* Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 [ECF No.  300] from "In re: Real Estate Commission Litigation" to "In re: Real Estate Commission Antitrust Litigation."

Dated:  February 5, 2024

Respectfully submitted,

By: */s/Stephen J. Siegel*

Stephen J. Siegel
*ssiegel@atllp.com*
Julie Johnston-Ahlen
*jja@atllp.com*
Andrew D. Campbell
*acampbell@atllp.com*
Elizabeth C. Wolicki
*ewolicki@atllp.com*
Mario E. Martinez
*memartinez@atllp.com*
Serena G. Rabie
*srabie@atllp.com*
ARMSTRONG TEASDALE LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900 (phone)
(312) 419-6928 (fax)

Karrie Clinkinbeard
ARMSTRONG TEASDALE LLP
*kclinkinbeard@atllp.com*
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108-2617
(816) 221-3420 (phone)
(816) 221-0786 (fax)

Michael Gehret
*mgehret@atllp.com*
ARMSTRONG TEASDALE LLP
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
(801) 401-1600 (phone)

Francis X. Riley III
*francis.riley@saul.com*
SAUL EWING LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
(609) 452-3150 (phone)

***Attorneys for Defendants eXp World Holdings, Inc. and eXp Realty, LLC***