BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REAL ESTATE COMMISSION ANTITRUST LITIGATION | MDL No. 3100 |

## ERRATA

I, CHAHIRA SOLH, hereby declare as follows:

1. I am the attorney of record for Defendants Compass, Inc. and Realty Austin, LLC in *In re: Real Estate Commission Antitrust Litigation*, MDL No. 3100. I am fully qualified to practice and in good standing in the jurisdiction of California. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. On January 26, 2024, on behalf of the above-mentioned Defendants, I filed before the Judicial Panel on Multidistrict Litigation (the "Panel"), a document captioned "Response in Opposition" (the "Opposition").

3. On February 1, 2024, my firm received an email correspondence from a Clerk of the Panel requesting that my firm file an errata to include the correct MDL title in all documents filed on January 26. To correct this issue, I submit the herein errata with amended versions of the Opposition and Declaration of Chahira Solh.

4.	Attached hereto as **Exhibit "A"** is a true and accurate version of the amended Opposition containing the Panel's correct MDL title.

5.	Attached hereto as **Exhibit "B"** is a true and accurate version of the amended Declaration of Chahira Solh containing the Panel's correct MDL title.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 5, 2024, in Los Angeles, California.

*/s/ Chahira Solh*
Chahira Solh
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: (949) 263- 8400
csolh@crowell.com
