# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In Re: Real Estate Commission Litigation**          **MDL No. 3100**

This document relates to:
*March v. REBNY et al.*,
Case No. 1:23- cv-09995-JGLC-RWL, In the United States
District Court for the Southern District of New York

*Friedman v. REBNY et al.*,
Case No. 1:24- cv-00405, In the United States
District Court for the Southern District of New York

And

*Fierro v. NAR, et al.*,
Case No. 1:24- cv-00449, In the United States
District Court for the Central District of California

**DECLARATION OF BRANDON BRAGA IN OPPOSITION TO
MOTION FOR CENTRALIZATION AND TRANSFER
OF ACTIONS PURSUANT TO 28 U.S.C. § 1407**

I, Brandon Braga declare as follows:

1. I submit this declaration in Opposition to Motion for Centralization and Transfer of Actions Pursuant to 28 U.S. C. § 1407. I am General Counsel for Defendants The Agency IP Holdco, LLC, the Agency Real Estate Franchising, LLC and Suitey, Inc. and those to be substituted entities, Suitey, Inc. and UMRO Realty Corp. d/b/a The Agency. I have personal knowledge of the matters set forth in this declaration. If called as a witness, I would testify competently to the matters set forth in this declaration.

*Declaration of Brandon Braga*

Exhibit A

2.      Suitey, Inc. dba The Agency[1] is a corporation duly organized under the laws of the State of New York and authorized to do business in the State of New York as a licensed real estate broker. Suitey is a real estate brokerage firm that specializes in real estate transactions. Specifically, Suitey acts a broker <u>solely</u> in New York. It does not perform any brokerage services any place other than New York.

3.      UMRO Realty Corp. d/b/a The Agency[2] is a corporation duly organized under the laws of the State of California and authorized to do business only in the states of California and Nevada as a licensed real estate broker. UMRO is a real estate brokerage firm that specializes in real estate transactions. Specifically, UMRO acts a broker <u>solely</u> in California and Nevada. It does not perform any brokerage services any place other than California and Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed on the 12th day of February, 2024, in Los Angeles, California.

_____
Brandon Braga

---

[1] Incorrectly named in *Friedman* as The Agency IP Holdco, Inc. and in *March* as The Agency, LLC (a wholly unrelated entity).
[2] Misnamed as The Agency Real Estate Franchising, LLC in *Fierro*.

*Declaration of Brandon Braga*