BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Real Estate Commission Antitrust Litigation | ) ) ) ) MDL No. 3100 ) ) ) |

## ERRATA

Please take notice that, at the direction of the Clerk's Office, the undersigned hereby files a revised filing and certificate of service correcting the title of the previously filed and served ECF No. 292 from "In re: Real Estate Commission Litigation" to "IN RE: Real Estate Commission Antitrust Litigation."

Dated: February 14, 2024

Respectfully submitted,

*/s/* David Z. Gringer
David Z. Gringer
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com

*Attorney for Hanna Holdings, Inc. and Howard Hanna Company*