**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) ) ) ) | MDL No. 3100 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Minute Order Closing Briefing on Feb. 5, 2024, ECF No. 352, the undersigned counsel hereby notifies the Clerk of the JPML of the related action identified in the Schedule of Actions attached hereto. Copies of the Complaint and Civil Docket in the scheduled action are appended hereto.

Dated: February 14, 2024

Respectfully submitted,

*/s/ Christopher M. Curran*
Christopher M. Curran
**WHITE & CASE** LLP
701 Thirteenth Street, Northwest
Washington, D.C., 20005-3807
Tel: (202) 626 3600
ccurran@whitecase.com

*Counsel for Defendant National Association of REALTORS®*

1