BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) MDL No. 3100 ) ) ) |

**SCHEDULE OF ACTIONS**

|   | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1 | **Plaintiff**: Dalton K. Jensen<br><br>**Defendants**: The National Association of Realtors, Anywhere Real Estate Inc., Homeservices of America, Inc., HSF Affiliates, LLC., BHH Affiliates, LLC., RE/MAX LLC., Keller Williams L.L.C.,[1] Keller Williams of Salt Lake, KW St. George Keller Williams Realty, KW Westfield, Equity Real Estate, Century 21 Everest, Realtypath, LLC., Windemere Real Estate Svcs. CO.[2] | U.S. District Court, District of Utah (Salt Lake) | 24-cv-109 | Honorable Jared C. Bennett, Magistrate Judge (District Judge Assignment Pending) |

---

[1] Keller Williams Realty, Inc. is identified as a defendant in the body of the complaint instead of Keller Williams L.L.C.

[2] The caption names "Windemere Real Estate SVCS. Co." (i.e., without the "r" in Windemere), but the body of the complaint refers to Windermere Real Estate Services Company.

1