BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | MDL No. 3100 |

## SCHEDULE OF ACTIONS

|  | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1 | **Plaintiff**: Angela Boykin<br><br>**Defendants**: National Association of REALTORS®, UMRO Realty Corp. d/b/a The Agency, Chase International, Inc., Dickson Realty, Inc., Compass, Inc., eXp World Holdings, Inc., The Real Estate Guy Inc., BHH Affiliates, LLC, Douglas Elliman Inc., HomeSmart International LLC, Craig Tann, LTD d/b/a Huntington & Ellis A Real Estate Agency, Realty One Group, Inc., Realty One Group Eminence, Redfin Corporation, Urban Nest Realty, LLC, Nevada REALTORS®, Greater Las Vegas Association of REALTORS®, Greater Las Vegas Association of REALTORS® Multiple Listing Service, Inc., Elko County REALTORS®, Incline Village REALTORS®, Inc., Sierra Nevada REALTORS®, Northern Nevada Regional Multiple Listing Service, Inc., Mesquite Real Estate Association, Inc., Douglas Elliman Realty, LLC | U.S. District Court, District of Nevada (Las Vegas) | 24-cv-340 | Honorable Cristina D. Silva, Honorable Brenda Weksler, Magistrate Judge |

1