**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| In re REAL ESTATE COMMISSION ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL Case No. 3100 |

## ERRATA

PLEASE TAKE NOTICE that, at the direction of the Clerk's office, the undersigned hereby files a revised Response of Engel & Völkers New York Real Estate LLC in Opposition to *Gibson* and *Umpa* Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 correcting the caption of the previously filed and served ECF 272 from "In re: Real Estate Commission Litigation" to "In re: Real Estate Commission Antitrust Litigation."

Dated: February 22, 2024

Respectfully submitted,

*/s/ Michael L. Sibarium*

Michael L. Sibarium
Drew A. Navikas
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 663-8000
michael.sibarium@pillsburylaw.com
drew.navikas@pillsburylaw.com

*Counsel for Engel & Völkers New York Real Estate LLC*

1