# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Real Estate Commission Litigation** | **MDL No. 3100** |

This document relates to: *March v. REBNY et al.*,
Case No. 1: 23- cv-09995-JGLC-RWL, In the United States
District Court for the Southern District of New York

*Friedman v. REBNY et al.*,
Case No. 1: 24- cv-00405, In the United States
District Court for the Southern District of New York

And

*Fierro v. NAR, et al.*,
Case No. 1: 24- cv-00449, In the United States
District Court for the Central District of California

### THE AGENCY IP HOLDCO, LLC D/B/A THE AGENCY RE, THE AGENCY REAL ESTATE FRANCHISING, LLC D/B/A THE AGENCY AND SUITEY, INC. D/B/A THE AGENCY'S NOTICE OF WITHDRAWAL OF RESPONSE IN OPPOSITION TO MOTION FOR CENTRALIZATION AND TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407

Defendants The Agency IP Holdco, LLC, The Agency Real Estate Franchising, LLC and Suitey, Inc., respectfully submit this notice of withdrawal of their response (the "Response") in opposition to Plaintiffs' Motion for Transfer and Consolidation (Dkt. 378) of these ten pending cases for pretrial proceedings under 28 U.S.C. § 1407.[1]

---

[1] The Agency's entities have been misnamed in each of the three pending cases. In *Friedman v. REBNY et al.*, Case No. 1: 24- cv-00405, Plaintiff named The Agency IP Holdco, LLC, but the correct entity, soon to be substituted, is Suitey, Inc. d/b/a The Agency. In *Fierro v. National Association of Realtors, et al.*, Case No. 2:24-00449, Plaintiff named The Agency Real Estate Franchising, LLC, but the correct entity, soon to be substituted, is UMRO Realty Corp. d/b/a The Agency. Likewise, in *March v. REBNY*, Case No. 1:23-cv-09995, also pending in the US District Court for the Southern District of New York, Plaintiff named The Agency, LLC – a wholly unrelated entity that happens to share a similar name. The Agency anticipates that Plaintiff will substitute Suitey, Inc. d/b/a The Agency in that case as well. (Because no company related to

The Response, when filed, was incorrectly linked to *March v. REBNY et al.*, Case No. 1:23-cv-09995-JGLC-RWL, in the United States District Court for the Southern District of New York. As such, The Agency Defendants hereby withdraw their Response (Dkt. 378).

DATED: February 26, 2024                    Respectfully submitted,

**MUNCK WILSON MANDALA, LLP**

By: /s/ J. David Rowe
    Robert E. Linkin
    J. David Rowe
    Jenifer C. Wallis

807 Las Cimas Pkwy
Building. II, Suite 300
Austin, Texas 78746
737.201.1600 (telephone)

*Attorneys for Defendants The Agency IP Holdings Co, LLC d/b/a The Agency RE and The Agency Real Estate Franchising, LLC*

---

The Agency was named in the *March v. REBNY* case, no Opposition was filed on The Agency's behalf with respect to *March*.)