BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Real Estate Commission Antitrust Litigation ) MDL No. 3100

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff**: Andrea Freedlund<br><br>**Defendants**: Redfin Corporation, The National Association of REALTORS®, The California Association of REALTORS® | U.S. District Court, Central District of California (Los Angeles) | 24-cv-1561 | Honorable Michael W. Fitzgerald, Honorable A. Joel Richlin, Magistrate Judge |