# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3100__ & TITLE - IN RE: Real Estate Commission Antitrust Litigation

1. **Oral Argument** – Check ONE of the following boxes:

   [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (Note: All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (Note: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (Note: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [ ] Support Centralization

   [✓] Oppose Centralization

   [ ] Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:
   Monty March - Plaintiff

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:
   March v. Real Estate Board of New York et al., Southern District of New York, 1:23-cv-09995-JGLC-RWL

7. **Name and Address of Attorney Designated to Present Oral Argument:**

   Michael M. Buchman
   Name

   Motley Rice LLC
   Law Firm

   New York                                        NY
   City                                            State

   Telephone No.: (212) 577-0050

   Email Address: mbuchman@motleyrice.com

   3/1/24         Michael M. Buchman
   Date           Printed Name              Authorized Signature

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I caused a true and correct copy of the foregoing to be served via the Court's ECF system on all counsel of record with an ECF filing account. The parties listed below were served by email or U.S. Mail, postage pre-paid, on March 4, 2024.

Dated March 4, 2024

Michael M. Buchman

| SERVICE VIA EMAIL ||
|---|---|
| The Agency LLC<br>David Hawkins<br>Freeman Mathis & Gary, LLP<br>david.hawkins@fmglaw.com | Elegran Real Estate, d/b/a Elegran LLC, and Modern Spaces LLC<br>Marc A. Lavaia<br>Warsaw Burstein, LLP<br>malavaia@wbny.com |

| SERVICE VIA U.S. MAIL ||
|---|---|
| ABRE Capital, LLC<br>10601 Clarence Dr., Ste. 250<br>Frisco, Texas 75033 | Higher Tech Realty, LLC d/b/a Mark Spain Real Estate<br>12600 Deerfield Pkwy Ste 450<br>Alpharetta, Georgia 30004 |
| AF Realty Group, LLC<br>760 Commerce St.<br>Perry, Georgia 31069 | Real Agent, LLC<br>13785 Research Blvd. Suite 125<br>Austin, Texas 78750 |
| Anywhere Real Estate, Inc.<br>175 Park Ave<br>Madison, New Jersey 07940 | Method Real Estate Group, LLC d/b/a Method Real Estate Advisors<br>1792 Woodstock Rd., Ste. 100<br>Roswell, Georgia 30075 |
| ATC Metro Properties, Inc.<br>26 S Coria St, Ste. C2<br>Brownsville, Texas 78520 | Path & Post, LLC d/b/a Path & Post Real Estate<br>214 River Park N. Drive<br>Woodstock, Georgia 30188 |
| Atlanta Communities Real Estate Brokerage, LLC<br>3113 Roswell Rd., Ste. 101<br>Marietta, Georgia 30062 | Sanders Realty Holdings, LLC<br>625 Molly Ln<br>Woodstock, Georgia 30189 |
| Beacham & Company, LLC<br>3060 Peachtree Rd NW, Ste. 100<br>Atlanta, Georgia 30305 | Signature Properties Group, Inc.<br>600 Sea Island Rd.<br>St. Simons Island, Georgia 31522 |

| | |
|---|---|
| Bolst, Inc. d/b/a The Justin Landis Group<br>581 Grant St., SE # B7<br>Atlanta, Georgia 30312 | Greater Atlanta Realty Holdings Corporation d/b/a Maximum One Realty 1355 Terrell Mill Rd, Bldg 1464<br>Marietta, Georgia 30067 |
| Chapman Hall Realtors, Inc.<br>6100 Lake Forrest Drive Suite 120<br>Atlanta, Georgia 30328 | Weichert of North America, Inc.<br>225 Littleton Rd, Morris<br>Plains, New Jersey 07950 |
| Duckworth Properties, LLC<br>3441 Cypress Mill Rd., Ste. 203<br>Brunswick, Georgia 31520 | PPSIr, LLC d/b/a Piatt Sotheby's International Realty<br>9101 Foxhunt Rd<br>Pittsburgh, Pennsylvania 15237 |
| Engel and Volkers Atlanta<br>1745 Peachtree Street NE, Suite T<br>Atlanta, Georgia 30309 | United Real Estate<br>5430 Lyndon B. Johnson Freeway, Ste. 270 Dallas, Texas 75240 |
| Era Franchise Systems, LLC<br>75 Park Ave<br>Madison, New Jersey 07940 | Realty ONE Group Horizon, LLC 3731 William Penn Hwy Suite 200<br>Murrysville, Pennsylvania 15668 |
| eXp Realty, LLC<br>2219 Rimland Dr., Ste. 301<br>Bellingham, Washington 98226-8759 | SF, LLC d/b/a Realty ONE Group Platinum<br>427 Cochran Rd<br>Pittsburgh, Pennsylvania 15228 |
| Fort Hood Area Association of Realtors, Inc.<br>306 W Mary Jane Dr.<br>Killeen, Texas 76541 | North Bay Association of Realtors<br>475 Aviation Blvd., Suite 220<br>Santa Rosa, California 95403 |
| Grace Realty Group LLC<br>6841 Virginia Pkwy., Ste. 103<br>McKinney, Texas 75071 | The Michael Group<br>10300 N Central Expy 220<br>Dallas, Texas 75231 |

| | |
|---|---|
| Homesnap, Inc.<br>7200 Wisconsin Ave #200<br>Bethesda, Maryland 20814 | Tracey Consineau Real Estate, LLC<br>1755 N Brown Rd., Ste. 110<br>Lawrenceville, Georgia 30043 |
| PIRAIN Enterprises, Inc. d/b/a<br>NextHome PPM Realty<br>1308 Peermont Avenue<br>Pittsburgh, Pennsylvania 15216 | Team Burns, LLC<br>1 Cowboys Way, Ste. 571<br>Frisco, Texas 75034 |
| Solano Association of Realtors, Inc.<br>1302 Springs Rd<br>Vallejo, California 94591 | Hamilton Dorsey Alston Company, Inc.<br>4401 Northside Pkwy Ste 400<br>Atlanta, Georgia 30327 |