Robert E.M. Smith, Bar #022283
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4455
Fax: (602) 651-7592
rsmith@jshfirm.com
minuteentries@jshfirm.com
Attorneys for Defendant Silverleaf Realty, LLC

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Real Estate Commission Antitrust Litigation | MDL NO. 3100 <br><br> **SILVERLEAF REALTY LLC'S ERRATA CORRECTION TO CAPTION** |

## ERRATA

PLEASE TAKE NOTICE that, at the direction of the Clerk's office, the undersigned hereby files a revised filing correcting the title of the previously filed and served ECF Notice of Service (Doc.413) correcting the caption from "In re: Real Estate Commission Antitrust Litigation" to "IN RE: Real Estate Commission Antitrust Litigation" and Amending the Service List.

DATED this 6th day of March, 2024.

JONES, SKELTON & HOCHULI P.L.C.

By */s/ Robert E.M. Smith*
Robert E.M. Smith
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Silverleaf Realty, LLC