**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**In re Real Estate Commission Litigation**              **MDL No. 3100**

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned hereby withdraws her appearance as counsel for RFT Enterprises, Inc., in the above-entitled action.

Dated: March 18, 2024

                                    Respectfully submitted,

                                    **CALHOUN BHELLA & SECHREST, LLP**

                            By:  */s/ Brenda T. Cubbage*
                                    **BRENDA T. CUBBAGE**
                                    State Bar No. 05201300
                                    bcubbage@cbsattorneys.com
                                    325 N. Saint Paul St., Suite 2300
                                    Dallas, Texas 75201
                                    Telephone:    214-722-5194
                                    Facsimile:     214-981-9203