BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br>Real Estate Commission Antitrust Litigation | MDL No. 3100 |

**STATEMENT OF CERTAIN DEFENDANTS REGARDING CONTINUED JOINDER IN SUPPORT OF DEFENDANT NATIONAL ASSOCIATION OF REALTORS® BRIEF REQUESTING TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Defendants Ansley Atlanta Real Estate, LLC; At World Properties, LLC; HomeSmart Holdings, Inc.; HomeSmart International, LLC; Marin Association of REALTORS®; North Bay Association of REALTORS®; Palmerhouse Properties, LLC; The Real Brokerage, Inc.; Real Broker, LLC; Realty ONE Group, Inc.; Solid Source Realty, Inc. and Weichert, Realtors, by and through their undersigned counsel, respectfully submit this Joint Notice to the Panel regarding their continued joinder in support of the Response of Defendant National Association of REALTORS® ("NAR") in Support of Transfer of Actions to the Northern District of Illinois for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (ECF. No. 295) ("NAR Response Brief"), attached hereto as Exhibit 1.[1] The NAR Response Brief was filed by NAR on January 26, 2024. On Friday, March 15, 2024, NAR announced it had entered into a settlement agreement with plaintiffs. Paragraph 61(ix) of that settlement agreement provides that NAR must "withdraw" the NAR Response Brief within five business days after execution of the settlement agreement, which is March 22, 2024. The undersigned parties submit this statement

---

[1] Consistent with their prior filing (ECF No. 341-1), The Real Brokerage, Inc. and Real Broker LLC take no position on centralization but join NAR's arguments concerning the proper forum in the event the Panel decides to centralize the Actions.

to the Panel to clarify that they continue to join in and support the positions raised in the NAR Response Brief. Any withdrawal by NAR is only as to NAR and is not a withdrawal by any of the undersigned parties.

Dated: March 21, 2024

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

 /s/ Leo Caseria
LEO CASERIA
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Telephone: (202) 747-1925
Facsimile: (202) 747-3382
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*Realty One Group, Inc.*


 /s/ Bonnie Lau
BONNIE LAU
blau@mofo.com
DAVID E. GROTHOUSE
dgrothouse@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Attorneys for Defendants North Bay*
*Association of REALTORS® and Marin*
*Association of REALTORS®*

-3-

VINSON & ELKINS LLP

*/s/ Dylan I. Ballard*
Michael W. Scarborough
Dylan I. Ballard
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes
Stephen M. Medlock
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

*Counsel for Defendant Weichert, Realtors*


FREEMAN MATHIS & GARY, LLP

*/s/ Scott Eric Anderson*
Scott Eric Anderson
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Tel: (770) 818-0000
scott.anderson@fmglaw.com

*Counsel for HomeSmart International, LLC, HomeSmart Holdings, Inc, PalmerHouse Properties, LLC, and Solid Source Realty, Inc.*

-4-

O'MELVENY & MYERS LLP

*/s/ Stephen McIntyre*
Stephen McIntyre
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Tel.: (213) 430-6000
Fax: (213) 430-6407
smcintyre@omm.com

*Counsel for Defendants The Real Brokerage Inc. and Real Broker, LLC*

HONIGMAN LLP

*/s/ Robert J. Palmersheim*
Robert J. Palmersheim
155 N Wacker Dr, Ste 3100
Chicago, IL, 60606
Tel: (312) 701-9393
Fax: (312) 701-9335
rpalmersheim@honigman.com

*Counsel for Defendants At World Properties, LLC and Ansley Atlanta Real Estate, LLC*