**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| | § | |
| | § | |
| In re: Real Estate Commission Antitrust | § | MDL No. 3100 |
| Litigation | § | |
| | § | |

---

**LATTER & BLUM HOLDING, LLC., LATTER & BLUM, LTD., AND**
**LATTER & BLUM, INC.'S INTERESTED PARTY RESPONSE TO**
**MOTION FOR TRANSFER AND CENTRALIZATION PURSUANT**
**TO 28 U.S.C. § 1407**

---

Interested Party Latter & Blum Holding, LLC, Latter & Blum, Ltd., and Latter & Blum, Inc. (collectively, "Latter & Blum") submits this response in opposition to Plaintiffs' Motion for Transfer and Consolidation (Dkt. 1).  Latter & Blum respectfully requests that the Panel deny the Motion and, in any event, exclude Latter & Blum from any centralized proceeding.[1]

As the Panel may know, on March 15, 2024, the National Association of REALTORS® ("NAR") announced a settlement with a nationwide settlement class of home sellers.  The settlement is expansive, and would release "NAR, over one million NAR members, all state/territorial and local REALTOR® associations, all association-owned MLSs, and all brokerages with an NAR member as principal that had a residential transaction volume in 2022 of $2 billion or below."[2]  Should this settlement receive court approval, it would eliminate a central overlapping defendant in these cases (NAR), as well as a wide swath of other defendants, leaving

---

[1] To date, the Louisiana-based Latter & Blum has only been named in a single potential tag-along action pending in the Eastern District of Louisiana.  *Peiffer v. Latter & Blum Holding, LLC, et al.*, Case No. 2:24-cv-00557.

[2] *National Association of REALTORS® Reaches Agreement to Resolve Nationwide Claims Brought by Home Sellers*, NAT'L ASS'N OF REALTORS (March 15, 2024), https://www.nar.realtor/newsroom/nar-reaches-agreement-to-resolve-nationwide-claims-brought-by-home-sellers).

behind an even more fragmented landscape of regional and local parties.

The single case in which Latter & Blum is named illustrates the tenuous overlaps with the related actions.  The *Peiffer* complaint, in which Latter & Blum is the only named defendant, was filed in the Eastern District of Louisiana and alleges that Latter & Blum participated in solely Louisiana-based conduct.  *Peiffer*, Dkt. 1. at ¶ 8.  In particular, the Complaint alleges "The relevant geographic market for the claims is the state of Louisiana," and "Another set of relevant geographic markets are *local and regional markets* that are no larger than the area served by an MLS."  *Id.* at ¶ 67 (emphasis added).  The New Orleans-based named plaintiff also purports to bring the class action on behalf of himself and a class of all home sellers who "used Latter & Blum as their listing broker in the sale of a home listed on an MLS in Louisiana."  *Id.* at ¶ 72.

Without NAR and other released defendants as common denominators, the localized and fragmented nature of the cases is further exacerbated by NAR's settlement.  Given that numerous defendants will be released by the NAR settlement, "the proponent of centralization bears a heavier burden to demonstrate that centralization is appropriate."  *In re Atrium Med. Corp.Prolite & Proloop Hernia Mesh Prods. Liab. Litig.,* 600 F. Supp. 3d 1340, 1341 (J.P.M.L. 2022) (citations omitted).  On the other hand, the cases are now even more conducive to informal cooperation and other alternatives to centralization.  In sum, the NAR settlement further illustrates why centralization is not appropriate, especially where it "should be the last solution after considered review of all other options."  *In re Best Buy Co.,* 804 F. Supp. 2d 1376, 1378 (J.P.M.L. 2011).

Latter & Blum respectfully requests that the Panel deny the Motion for Transfer and Consolidation.  In the alternative, the Panel should exclude Latter & Blum from any centralized action.

Dated: March 21, 2024

/s/Matthew J. Fantaci
Matthew J. Fantaci (La. Bar No. 28036)
**CARVER, DARDEN, KORETZKY, TESSIER,**
**FINN, BLOSSMAN & AREAUX, L.L.C.**
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
fantaci@carverdarden.com

*Attorney for Latter & Blum Holding, LLC,*
*Latter & Blum, Ltd., and Latter & Blum, Inc.*