BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REAL ESTATE COMMISSION ANTITRUST LITIGATION | MDL No. 3100 |

**PLAINTIFF JOSEPH C. PEIFFER'S INTERESTED PARTY RESPONSE**

Pursuant to Rule 6.2(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Joseph C. Peiffer (hereinafter "Plaintiff" the named plaintiff in the action captioned *Peiffer v. Latter & Blum Holding, LLC, et al.*, No. 2:24-cv-00557-GGG-JVM (E.D. La.) pending in the Eastern District of Louisiana, files this Interested Party Response.

Plaintiff filed the *Peiffer* action on March 5, 2024. *Peiffer* was identified as a potential related action by Defendant National Association of REALTORS® ("NAR") on March 6, 2024 (ECF No. 483). Although Plaintiff's case is distinct from other actions noticed under this docket in that it names a Louisiana-based brokerage entity as the Defendant and limits its claims to Louisiana home sellers, Plaintiff's case nonetheless shares overlapping features with the matters sought to be centralized and therefore Plaintiff does not oppose centralization in order to facilitate common issues of discovery and pre-trial practice. In the event the Panel elects to grant the request for centralization here and *Peiffer* is included in an MDL, Plaintiff would support centralization in the Western District of Missouri before Judge Stephen R. Bough (ECF No. 1-1 at 10-13).

Dated: March 21, 2024

Respectfully submitted,

By: */s/ Kerry J. Miller*

Benjamin D. Reichard
James R. Swanson
Kerry J. Miller
Molly L. Wells
FISHMAN HAYGOOD, LLP
201 St. Charles Ave. Suite 4600

Tel: (504) 586-5252
Fax: (504) 586-5250
jswanson@fishmanhaygood.com
breichard@fishmanhaygood.com
kmiller@fishmanhaygood.com
mwells@fishmanhaygood.com

Joseph R. Saveri
Cadio Zirpoli
JOSEPH SAVERI LAW FIRM
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com

Robert L. Lieff
P.O. Drawer A
Rutherford, CA 94573
rlieff@lieff.com

*Counsel for Plaintiff Joseph C. Peiffer*