BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) ) ) ) ) | MDL No. 3100 |

**NATIONAL ASSOCIATION OF REALTORS®'S NOTICE OF WITHDRAWAL OF ITS RESPONSE IN SUPPORT OF TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Pursuant to the terms of a settlement agreement, the National Association of REALTORS® ("NAR") hereby withdraws its January 23, 2024 response to Movants' petition for transfer and centralization pursuant to 28 U.S.C. § 1407 (ECF Nos. 196, 295 (as amended)).

On March 15, 2024, NAR reached a settlement agreement with the plaintiffs in four actions, namely *Burnett v. National Association of Realtors*, No. 19-cv-00332 (W.D. Mo.), *Moehrl v. The National Association of Realtors*, No. 19-cv-01610 (N.D. Ill.), *Gibson v. National Association of Realtors*, No. 23-cv-00788 (W.D. Mo.), and *Umpa v. National Association of Realtors*, No. 23-cv-00945 (W.D. Mo.). That settlement agreement, which is subject to approval by the *Burnett* court under Rule 23 of the Federal Rules of Civil Procedure, would release NAR (and various third-party beneficiaries) on a class-wide basis from claims by home sellers nationwide, including but not limited to claims based on commissions in connection with the sale

2

of any residential home. The settlement agreement contains a provision requiring NAR to withdraw its existing response before this Panel (ECF Nos. 196, 295 (as amended)).

Dated: March 22, 2024                        Respectfully submitted,

                                                   */s/ Christopher M. Curran*
                                                   Christopher M. Curran
                                                   **WHITE & CASE** LLP
                                                   701 Thirteenth Street, Northwest
                                                   Washington, D.C., 20005-3807
                                                   Tel: (202) 626 3600
                                                   ccurran@whitecase.com

                                                   *Counsel for Defendant National Association of REALTORS®*