BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Real Estate Commission Litigation | ) ) ) ) ) ) ) ) | MDL. No. 3100 |

**<u>NOTICE OF WITHDRAWAL BY KELLER WILLIAMS-AFFILIATED ENTITIES OF SUPPORT FOR TEXAS DEFENDANTS' SUBMISSION AND WITHDRAWAL BY THE LOKEN GROUP, INC. OF ITS SUBMISSION</u>**

The following Keller Williams-affiliated entities, signatories to the Texas Defendants' Response in Opposition to Moving Plaintiffs' petition for transfer and centralization pursuant to 28 U.S.C. § 1407 (ECF No. 268), hereby withdraw their support for that submission and for its advocacy for centralization in the Eastern District of Texas:

Heyl Group Holdings LLC
The Loken Group, Inc.
Hexagon Group, LLC
DMTX, LLC
Keller Willis San Antonio, Inc.
San Antonio Legacy Group, LLC
DJSMM, LLC

In addition, The Loken Group, Inc. withdraws its Supplement to the Response in Opposition to the Motion to Transfer (ECF No. 275).

Dated:  March 22, 2024

Respectfully submitted,

*/s/  Nicole L. Williams*
Nicole L. Williams
nwilliams@thompsoncoburn.com
Mackenzie S. Wallace
mwallace@thompsoncoburn.com
THOMPSON COBURN LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
Tel:  (972) 629-7100
Fax:  (927) 629-7171

**Attorneys for Defendants DMTX, LLC, DSJMM, LLC, Hexagon Group, LLC, Keller Willis San Antonio, Inc., and San Antonio Legacy Group, LLC**

*/s/   James C. Bookhout*
James C. Bookhout
James.bookhout@us.dlapiper.com
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Tel:  (214) 743-4500
Fax:  (214) 743-4545

**Attorneys for Defendant Heyl Group Holdings LLC**

*/s/    K. Annette Disch*
K. Annette Disch
Annette.disch@gkbklaw.com
GAUNTT, KOEN, BINNEY & KIDD, LLP
25700 I-45 North, Ste. 130
Spring, Texas 77386
Tel:  (281) 367-6555
Fax:  (281) 367-3705

**Attorney for Defendant The Loken Group, Inc.**