**BEFORE THE UNITED STATES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Real Estate Commission Antitrust Litigation | ) ) ) ) MDL No. 3100 ) ) ) |

**NATIONAL ASSOCIATION OF REALTORS®'S NOTICE OF WITHDRAWAL OF ITS NOTICE OF PRESENTATION OF ORAL ARGUMENT**

The National Association of REALTORS® hereby withdraws its February 22, 2024 Notice of Presentation of Oral Argument (ECF No. 409).

Dated: March 22, 2024

Respectfully submitted,

*/s/ Christopher M. Curran*
Christopher M. Curran
**WHITE & CASE LLP**
701 Thirteenth Street, Northwest
Washington, D.C., 20005-3807
Tel: (202) 626 3600
ccurran@whitecase.com

*Counsel for Defendant National Association of REALTORS®*

1