**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Real Estate Commission Antitrust Litigation** | **MDL-3100** |

**MOVANTS' STATEMENT OF POSITION REGARDING RECENT SETTLEMENTS
WITH THE NATIONAL ASSOCIATION OF REALTORS AND COMPASS, INC.**

Movants respectfully submit this statement to advise the Panel of two recent settlements that clarify the landscape of the underlying actions and provide additional compelling reasons to centralize the actions before Judge Stephen R. Bough in the Western District of Missouri. In the past ten days, two significant Defendants—each of which is named in multiple underlying actions—executed proposed nationwide settlements. One Defendant is the National Association of Realtors ("NAR"), the hub of the conspiracy alleged in the actions. The other is Compass, Inc., the first Defendant to reach a settlement in these actions that is *not* subject to the $1.8 billion verdict that was reached last fall in *Burnett v. National Association of Realtors*, Case No. 4:19-cv-00332-SRB (W.D. Mo.).

The settlement executed by NAR, attached as **Exhibit A**, is especially significant. Under that settlement agreement, NAR has agreed to rescind the cooperative compensation rules at issue in these actions. Ex. A ¶ 58. Individual REALTORS® and REALTOR® Multiple Listing Services ("MLSs") may join the settlement by, among other things, taking the same action. Ex. A ¶¶ 18(b)–(c), 68. Even non-REALTOR® MLSs and brokerages may "opt-in" to the settlement, including by agreeing to disavow the cooperative compensation rules. Ex. A ¶¶ 18(d)–(f), 68. Under these "opt-in" provisions, the NAR settlement may eventually cover nearly *all* the Defendants in the underlying actions.

By agreement of the parties, the new settlements will be submitted shortly in the Western District of Missouri, where they will be overseen and administered by Judge Stephen R. Bough. *See* Ex. A ¶¶ 4, 29; *see also Gibson v. NAR*, Case No. 4:23-cv-00788, ECF No. 135 (W.D. Mo. Mar. 22, 2024); *Umpa v. NAR*, Case No. 4:23-cv-00945, ECF No. 225 (W.D. Mo. Mar. 22, 2024) (settlement notices). This further confirms that the Western District of Missouri is the ideal forum for centralization and that Judge Bough is the ideal transferee judge.

As new Defendants opt in and any potential settlement disputes arise, Judge Bough will make decisions that may bear on several of the actions. The Panel has found transfer to a specific judge "particularly" warranted when the judge "presides over a proposed nationwide settlement with one of the defendants that allegedly will impact plaintiffs' claims in [the] MDL" *In re Insulin Pricing Litig.*, 2023 WL 5065090, at *3 (J.P.M.L. Aug. 3, 2023). It would be manifestly inefficient for these cases to proceed in different Districts around the country, subject to a game of telephone when decisions made in the Western District of Missouri involving the settlements must carry over to another court.[1] And it would be likewise inefficient for the cases to proceed in a courtroom other than Judge Bough's. Of course, the Panel often transfers actions to a judge whose "familiarity with the issues in [the] litigation will serve to maximize the efficient conduct of pretrial proceedings." *In re Insulin Pricing Litig.*, 2023 WL 5065090, at *3 (J.P.M.L. Aug. 3, 2023). As the judge who presided over the *Burnett* trial and the administrator of the settlement, Judge Bough will be more prepared than anyone to address any legal issues that might arise because of it.

Finally, the Compass settlement, negotiated and executed by Movants, further illustrates that the *Gibson* and *Umpa* actions pending in the Western District of Missouri—with *Gibson* being the first-filed of the actions proposed by Movants for centralization—are the cases at the heart of the nationwide litigation surrounding residential real estate commissions.

The Panel should centralize these actions in the Western District of Missouri and transfer them to Judge Stephen R. Bough.

---

[1] Recent filings by the plaintiffs and defendants in *Friedman v. The Real Estate Board of New York, Inc. et al.*, No. 1:24-cv-00405 (S.D.N.Y.) illustrate this point. *See In re Real Estate Commission Antitrust Litig.*, MDL No. 3100, ECF Nos. 384, 499, 516. In those filings, the *Friedman* parties raise a dispute over the scope of the settlements and associated releases with respect to several preliminarily approved settlements pending before Judge Bough in the *Burnett* case, which is in post-trial proceedings and therefore not susceptible to transfer. The risk of such disputes over the impact of pending settlements on potential tag-along actions weighs strongly in favor of centralization and transfer to Judge Bough.

Dated: March 25, 2024

By: /s/ *Marc M. Seltzer*
Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry
Floyd G. Short
Alexander W. Aiken
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

Benjamin D. Brown
Robert A. Braun
Daniel Silverman
Brian E. Johnson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
dsilverman@cohenmilstein.com
BEJohnson@cohenmilstein.com

By: /s/ *Eric L. Dirks*
Eric L. Dirks
Matthew Lee Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7110
dirks@williamsdirks.com
matt@williamsdirks.com

Brandon J.B. Boulware
Erin D Lawrence
Jeremy M. Suhr
BOULWARE LAW LLC
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Telephone: 816-492-2826
brandon@boulware-law.com
erin@boulware-law.com
jeremy@boulware-law.com

Michael S. Ketchmark
Scott A McCreight
KETCHMARK & MCCREIGHT PC
Two Hallbrook Place
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs Don Gibson, Lauren Criss, John Meiners*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons
Jeannie Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

*Attorneys for Plaintiff Daniel Umpa*