BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Real Estate Commission Antitrust Litigation    )   MDL No. 3100

## ENGEL & VÖLKERS AMERICAS, INC.'S NOTICE OF WITHDRAWAL OF ITS NOTICES REGARDING ORAL ARGUMENT

Engel & Völkers Americas, Inc. hereby withdraws its March 4, 2024, Notice of Presentation of Oral Argument and its March 21, 2024, Notice of Waiver of Oral Argument (ECF Nos. 462, 523).

Dated: March 27, 2024

Respectfully submitted,

/s/ Michael L. Sibarium

Michael L. Sibarium
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 663-9202
michael.sibarium@pillsburylaw.com

*Counsel for Engel & Völkers Americas, Inc.*